**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bin** | **Hao** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number **22-10478-BFK**
(if known)

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                     12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**

**13008 Cabin Creek Rd.**
Street address, if available, or other description

**Herndon            VA     20171**
City                      State    ZIP Code

County

13008 Cabin Creek Rd., Herndon, VA 20171

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**     **$0.00**

**Current value of the portion you own?**     **$0.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Month-to-month lease**

☐ Check if this is community property (see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................... ➔     **$0.00**

Debtor 1    **Bin Hao** _____      Case number (if known)   **22-10478-BFK**

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.

| | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Make:    **BMW**

Model:   **M340 xDrive Sedan**

Year:    **2021**

Approximate mileage: _____

Other information:

**2021 BMW M340 xDrive Sedan. Leases is between Qidian LLC and BMW Financial Services NA, LLC. Debtor is a guarantor of the lease obligations.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
     entries for pages you have attached for Part 2. Write that number here..................................➔    **$0.00**

---

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....   **Miscelaneous furtniture and goods**              **$3,500.00**

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
     music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....   **Laptop and printer**                             **$500.00**

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
     stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

---

Debtor 1   __Bin Hao__                                    Case number (if known)  __22-10478-BFK__

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
   canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes.  Describe.....   **Ruger pistol**                                   **$500.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....   **Miscelaneous cloting**                           **$500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver

    ☐ No
    ☑ Yes.  Describe.....   **Miscelaneous jewelry**                           **$500.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes.  Give specific
       information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here**.................................................➜   **$5,500.00**

---

**Part 4:   Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?          **Current value of the
                                                                                      portion you own?**
                                                                                      Do not deduct secured
                                                                                      claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition

    ☐ No
    ☑ Yes..........................................................................   Cash:  ..........................   **$300.00**

         **Cash on hand.  Amt: $0.00**

         **$300.  Amt: $300.00**

Debtor 1    **Bin Hao**                                    Case number (if known)  __22-10478-BFK__

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
  brokerage houses, and other similar institutions.  If you have multiple accounts with the same
  institution, list each.

☐ No
☑ Yes............................        Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | Checking account: | **Checking account @ Capital One Bank**<br>**6861** | **$564.30** |
| 17.2. | Checking account: | **Checking account at Capital One Bank**<br>**2982** | **$2,773.30** |
| 17.3. | Checking account: | **Checking account a Chase Bank** | **$413.97** |

**18. Bonds, mutual funds, or publicly traded stocks**
  *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes............................        Institution or issuer name:

| | |
|---|---:|
| **Account at Acorns** | **$2,435.80** |
| **Account at Realsource/Antero Apartments** | **$25,000.00** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including
  an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific
  information about
  them............................  Name of entity:                          % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
  *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
  *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific
  information about
  them............................  Issuer name:

**21. Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
  profit-sharing plans

☐ No
☑ Yes.  List each
  account separately.    Type of account:    Institution name:

| | | |
|---|---|---:|
| IRA: | **Entrust Group FOB Bin Hao IRA**<br>**6685**<br>**3.30% Membership Interest in Realtyshares 116, LLC** | **$18,725.02** |

**22. Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
  companies, or others

☑ No
☐ Yes............................        Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................        Issuer name and description:

Debtor 1    **Bin Hao**                                              Case number (if known)    **22-10478-BFK**

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☑ No
    ☐ Yes.  Give specific
    information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes.  Give specific
    information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☑ No
    ☐ Yes.  Give specific
    information about them

**Money or property owed to you?**                                    **Current value of the portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information
    about them, including whether                           Federal: _____
    you already filed the returns                           State: _____
    and the tax years.....................                  Local: _____

29. **Family support**
    *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes.  Give specific information                       Alimony: _____
                                                            Maintenance: _____
                                                            Support: _____
                                                            Divorce settlement: _____
                                                            Property settlement: _____

30. **Other amounts someone owes you**
    *Examples:*  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes.  Give specific information    **See continuation page(s).**           **Unknown**

Debtor 1   **Bin Hao**                                              Case number (if known)   **22-10478-BFK**

---

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value................    Company name:                        Beneficiary:                   Surrender or refund value:

**Transamerica Policy with a cash
surrender value of $18,148.09 but
subject to a loan of $58,421.47** _____    _____             **$0.00**

**Voya Policy** _____    _____             **$0.00**

**32.  Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information    _____    _____

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes.  Describe each claim........    **See continuation page(s).**                **Unknown**

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........    _____    _____

**35.  Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information    _____    _____

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here.....................................................** ➔    **$50,212.39**

---

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37.  Do you own or have any legal or equitable interest in any business-related property?**

☐ No.  Go to Part 6.
☑ Yes.  Go to line 38.

                                                                  Current value of the
                                                                  portion you own?
                                                                  Do not deduct secured
                                                                  claims or exemptions.

**38.  Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..    _____    _____

**39.  Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..    _____    _____

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

**41. Inventory**

☑ No
☐ Yes.  Describe..

**42. Interests in partnerships or joint ventures**

☐ No
☑ Yes.  Describe.....

| Name of entity: | % of ownership: | |
|---|---|---|
| **Membership interest in Qidian, LLC.** | | |
| **Qidian has a potential receivable of approximately $1,173,000 from a Miix Financial Group debenture.  Qidian also has a receivable from The Patillo Group of $700,000. However, there are many claims pending against Qidian and if the claims against Qidian are sustained, then there may be no value to the Debtor of his membership interest in Qidian.** | **32%** | **Unknown** |
| **Membership interest in BAH Investments LLC** | **50%** | **$250.00** |
| **Membership interest in QPoint 21 LLC** | **33%** | **Unknown** |
| **Membership interest in HH Little Havana LLC** | **30%** | **Unknown** |
| **Membership interest in 1407 Kindred, LLC** | **60%** | **Unknown** |
| **Membership interest in BinHai Investments, LLC** | **50%** | **Unknown** |
| **Weynore Ventures, LLC** | **100%** | **$0.00** |

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here........................................................................ ➔** | **$250.00**

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

---

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **Bin Hao** _____    Case number (if known)    **22-10478-BFK** _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes.... _____

48. **Crops--either growing or harvested**
    - ☑ No
    - ☐ Yes.  Give specific information................ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    - ☑ No
    - ☐ Yes.... _____

50. **Farm and fishing supplies, chemicals, and feed**
    - ☑ No
    - ☐ Yes.... _____

51. **Any farm- and commercial fishing-related property you did not already list**
    - ☑ No
    - ☐ Yes.  Give specific information................ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here.........................................................................** ➔ **$0.00**

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    - ☑ No
    - ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here.............................................** ➔ **$0.00**

Debtor 1   **Bin Hao** _____   Case number (if known) __**22-10478-BFK**__

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

**55.** **Part 1: Total real estate, line 2**.................................................................................➔   _____ $0.00

**56.** **Part 2: Total vehicles, line 5**   _____ $0.00

**57.** **Part 3: Total personal and household items, line 15**   _____ $5,500.00

**58.** **Part 4: Total financial assets, line 36**   _____ $50,212.39

**59.** **Part 5: Total business-related property, line 45**   _____ $250.00

**60.** **Part 6: Total farm- and fishing-related property, line 52**   _____ $0.00

**61.** **Part 7: Total other property not listed, line 54**   +_____ $0.00

**62.** **Total personal property.**   Add lines 56 through 61..................   | $55,962.39 |   Copy personal property total ➔   + _____ $55,962.39

**63.** **Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................   | _____ $55,962.39 |

Debtor 1  **Bin Hao** _____    Case number (if known)  **22-10478-BFK** _____

30.  Other amounts someone owes you (details):

The Debtor advanced $5,835 on April 11, 2011, $4,400 on March 30, 2022, and $4,400 on March      _____    Unknown
30, 2022.  As a result of the claims made against Qidian, the value of this receivable to the Debtor
is unknown

Approximately $250,000 owed to the Debtor by Keith Payne, Jr. and Rhonda Payne (whose      _____    Unknown
address is 222 Weymore Ct., Queenstown, MD 21658) from a seller-take back loan incident to
the sale of the Weymere Court propertry to Keith Payne, Jr. and Rhonda Payne by Weymore
Ventures, LLC

33.  Claims against third parties (details):

Potential claim against Qiping Yuan and Wei Mao, Trustees with respect to the Debtor's transfer      _____    Unknown
of: a fractional interest in the real property located at 1300 Cabin Creek Road, Herndon, Virginia;
a fractional interest in the real property located at 2208 Jensen Place, Herndon, Virginia; and
$300,000 in cash transferred jointly with Ashley Yuan

Judgement entered against Mark C. Treanor and Claire M. Treanor in the amount of $25,000 by      _____    Unknown
the Circuit Court for Queen Anne's County, Maryland on February 17, 2021 in Bin Hao v. Mark C.
Treanor, et al., Case No. C-17-CV-20-000090.

Potential claim against the Estate of Sam Begun arising from the handling/collection of the      _____    Unknown
receivable from Keith Payne, Jr. and Rhonda Payne.

Potential claim against the Estate of Sam  Begun arising from tortuous interference with the      _____    Unknown
receivable from Keith Payne, Jr. and Rhonda Payne.

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Bin**                           **Hao** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number | **22-10478-BFK** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of    *Part 2: Additional Page*   as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

---

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1.  **Which set of exemptions are you claiming?**        *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Misclaneous furtniture and goods** Line from *Schedule A/B*: **6** | **$3,500.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Laptop and printer** Line from *Schedule A/B*: **7** | **$500.00** | ☑ **$1.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **Ruger pistol** Line from *Schedule A/B*: **10** | **$500.00** | ☑ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4b)** |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |

---

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Miscelaneous cloting**<br>Line from *Schedule A/B*: __11__ | **$500.00** | ☑ __$1.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| Brief description:<br>**Miscelaneous jewelry**<br>Line from *Schedule A/B*: __12__ | **$500.00** | ☑ __$1.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**$300**<br>Line from *Schedule A/B*: __16__ | **$300.00** | ☑ __$300.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Account at Realsource/Antero Apartments**<br>Line from *Schedule A/B*: __18__ | **$25,000.00** | ☑ __$1.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description:<br>**Entrust Group FOB Bin Hao IRA 6685**<br>**3.30% Membership Interest in Realtyshares 116, LLC**<br>Line from *Schedule A/B*: __21__ | **$18,725.02** | ☑ __$18,725.02__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-34** |
| Brief description:<br>**Judgement entered against Mark C. Treanor and Claire M. Treanor in the amount of $25,000 by the Circuit Court for Queen Anne's County, Maryland on February 17, 2021 in Bin Hao v. Mark C. Treanor, et al., Case No. C-17-CV-20-000090.**<br>Line from *Schedule A/B*: __33__ | **Unknown** | ☑ __$1.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bin**                    **Hao** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known) | **22-10478-BFK** |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:       List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | $58,421.47 | $0.00 | $58,421.47 |

**Transamerica Life Insurance**
Creditor's name

**6400 C St., SW**
Number    Street

**Transamerica Policy with a cash surrender value of**

_____

**Cedar Rapids      IA     52499**
City             State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

| $58,421.47 |

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| $58,421.47 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Bin** | | **Hao** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number **22-10478-BFK**
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims against you?**

☐ No.  Go to Part 2.
☑ Yes.

2.   **List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| | | $78,166.67 | $78,166.67 | $0.00 |

| 2.1 | |
|---|---|

| **Ashley Yuan** | Last 4 digits of account number  __  __  __  __ |
|---|---|
| Priority Creditor's Name | |
| **1000 Green Valley Rd.** | When was the debt incurred?  **April 3, 2019** |
| Number        Street | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| **New Winsor**          **MD**   **21776** |
|---|
| City                          State      ZIP Code |

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**

| | | **$65,056.00** | **$65,056.00** | **$0.00** |

**Internal Revenue Service**
Priority Creditor's Name

**Certral Insolvency Ops**
Number    Street

**P.O. Box 7346**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  __2019__

| **Philadelphia** | **PA** | **19101** |
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

**2.3**

| | | **Unknown** | **Unknown** | **Unknown** |

**Virginia Department of Taxation**
Priority Creditor's Name

**Box 1880**
Number    Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

| **Richmond** | **VA** | **23218** |
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other.  Specify

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | | $239.26 |

**American Express**
Nonpriority Creditor's Name
**P.O. Box 981535**
Number        Street



**ElPaso                     TX      79998**
City                          State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
      **Personal Loan**

| 4.2 | | | $50,000.00 |

**Ao Zhang**
Nonpriority Creditor's Name
**11-1905 Wanliu Xingbiao Jiayuan**
Number        Street
**Haidan District**

**Beijing, China**

City                          State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **November 2017**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
      **Investment in subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

**$980,000.00**

**Ashley Yuan**
Nonpriority Creditor's Name
**1000 Green Valley Rd.**
Number        Street

**New Winsor        MD    21776**
City                     State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    **October 2015**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in subsidiary of Qidian LLC**

**4.4**

**$10,226.76**

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 25118**
Number        Street

**Tampa        FL    33622**
City                     State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Credit Card**

**4.5**

**$100,000.00**

**Bei Wang**
Nonpriority Creditor's Name
**40 Wrexham Ct. N**
Number        Street

**Towanda        NY    14150**
City                     State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    **December 2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investmnet in subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                           Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 |
|---|

**$265,000.00**

**Bev Yue Li**
Nonpriority Creditor's Name
**2226 Woodford Rd.**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **September 2018**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Vienna**              **VA**    **22182**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Investment in subsidiary of Qidian LLC**

| 4.7 |
|---|

**$550,000.00**

**Bing Li**
Nonpriority Creditor's Name
**29 Kisco Park Dr.**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **November 2017**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Mount Kisco**            **NY**    **10549**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Investment in subsidiary of Qidian LLC**

| 4.8 |
|---|

**$50,000.00**

**Bing Xia**
Nonpriority Creditor's Name
**1508 Wayneborough Rd.**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **November 2017**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Paoli**              **PA**    **19301**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Investment in subsidiary of Qidian LLC**

**This claim duplicates the claim of Capital Realty**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.9**

**$230,000.00**

**Binxuan Qin**
Nonpriority Creditor's Name
**85 Town and Country Rd.**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **September 2018**

As of the date you file, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Pomona            CA      91776**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Investment in subsidiary of Quidian LLC**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.10**

**$25,000.00**

**Bixian Ren**
Nonpriority Creditor's Name
**13466 Lablanca Bend**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **November 2018**

As of the date you file, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Westfield          IN      46704**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Invesment in subsidiary of Qidian LLC**

**Is the claim subject to offset?**
☒ No
☐ Yes

**4.11**

**$22,783.00**

**BMW Financial Services**
Nonpriority Creditor's Name
**c/o AIS Portfolio Services**
Number        Street
**4115 N. Santa Fe. Ave.**

**Dept. APS**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **November 2020**

As of the date you file, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City      OK      73118**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Guaranty of Vehicle Lease**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor 1    **Bin Hao**                                                    Case number (if known)    **22-10478-BFK**

| | |
|---|---|
| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.12**                                                                         **$150,000.00**

**Bo Yuan**
Nonpriority Creditor's Name
**35777 University Dr.**
Number        Street

_____

**Fairfax**              **VA**      **22030**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        **December 2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in subsidiary of Qidian LLC**

**4.13**                                                                         **$50,000.00**

**Capital Realty**
Nonpriority Creditor's Name
**1508 Wayneborough Rd.**
Number        Street

_____

**Paoli**                **PA**      **19301**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim duplicates the claim of Bing Xia**

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        **October 2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in subsidiary of Qidian LLC**

**4.14**                                                                         **$100,000.00**

**Chales Corey Rairdan**
Nonpriority Creditor's Name
**4061 Vista Way**
Number        Street

_____

**Davis**                **CA**      **95618**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim duplicates the claim of Xin Yu**

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        **June 2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                    Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.15**                                                                      **$50,000.00**

**Changhao Yang**
Nonpriority Creditor's Name
**640 Forest Bend Dr.**
Number        Street

**Plano**                **TX**    **75025**
City                     State   ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **March 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in subsidiary of Qidian LLC**

**4.16**                                                                      **$15,109.22**

**CitiBank Mastercard**
Nonpriority Creditor's Name
**P.O. Box 790046**
Number        Street

**Soux Falls**            **SD**    **57117**
City                     State   ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

**4.17**                                                                      **$1,493.44**

**CitiBank Visa**
Nonpriority Creditor's Name
**P.O. Box 790046**
Number        Street

**St. Louis**             **MO**    **63197**
City                     State   ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

Debtor 1   **Bin Hao**                                      Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

Total claim

**4.18**                                                                          **$100,000.00**

**Constance Properties LLC**
Nonpriority Creditor's Name
**7035 NW 66th Terr.**
Number        Street

_____

**Parkland**              **FL**      **33067**
City                      State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **August 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Investment in subsidiary of Qidian, LLC**

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

This claim duplicates the claim of Xunying Zhao

**4.19**                                                                          **$375,000.00**

**Dalin Chen**
Nonpriority Creditor's Name
**East 6-2, Yijun Shanzhuang**
Number        Street
**Li-Sui Town**

**Shunyi District, Bejing, China**

_____
City                      State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **December 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Investment in Subsidiary of Qidian LLC**

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.20**                                                                          **$100,000.00**

**Data Pro Investments**
Nonpriority Creditor's Name
**1710 Warner Ave.**
Number        Street

_____

**McLean**                **VA**      **22101**
City                      State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **October 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Investment in Subsidiary of Qidian LLC**

Who incurred the debt?   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

This claim duplicates the claim of Qian Gu

Debtor 1    **Bin Hao**                                          Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.21**                                                                          **$100,000.00**

**Dian Zhou**
Nonpriority Creditor's Name
**5401 Harrow Ct.**
Number        Street

**Fairfax**              **VA**    **22030**
City                    State   ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **June 2019**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Who incurred the debt?   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

**4.22**                                                                          **$60,000.00**

**Ding Wang**
Nonpriority Creditor's Name
**W279N7489 Summer Ct.**
Number        Street

**Hartland**            **WI**    **53209**
City                    State   ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **April 2019**

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Who incurred the debt?   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

**4.23**                                                                          **$8,328.80**

**Discover Card**
Nonpriority Creditor's Name
**P.O. Box 6103**
Number        Street

**Carol Stream**        **IL**    **60197**
City                    State   ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
  **Personal Loan**

Who incurred the debt?   Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.24

**$226,667.00**

**Dongwang Sun**
Nonpriority Creditor's Name
**Changping District Huilong Guan**
Number    Street
**Zi Jing Qi Xing**

**Guan Chang Fu 121 Bejing, China**

City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    **January 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.25

**$120,000.00**

**Donyun Mao**
Nonpriority Creditor's Name
**306 Broadleaf Dr. NE**
Number    Street

**Vienna    VA    22180**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    **May 2019**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.26

**$500,000.00**

**Droplet Holdings Limited**
Nonpriority Creditor's Name
**2D Emperor Place**
Number    Street
**No. 7 Road**

**KLN, Hong Kong**

City    State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    **July 2019**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                                                          Case number (if known)    **22-10478-BFK**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.27**                                                                                                       **$100,000.00**

**Fanyu Guo**
Nonpriority Creditor's Name
**8300 2nd Ave.**
Number        Street
_____

**Vienna**              **VA**      **22182**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    **October 2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

**4.28**                                                                                                       **$250,000.00**

**Fei Chen**
Nonpriority Creditor's Name
**26296 West Freemont Rd.**
Number        Street
_____

**Lost Altos**           **CA**      **94022**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**This claim may duplicate teh claim of Jie Du**

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    **August 17, 2019**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in subsidiary of Qidian LLC**

**4.29**                                                                                                       **$50,000.00**

**Ge An**
Nonpriority Creditor's Name
**20 Pinewood Crescent**
Number        Street
_____

**Berlkey Heights**      **NJ**      **07922**
City                        State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __
When was the debt incurred?    **October 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                          Case number (if known)   **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

<b>Total claim</b>

**4.30**
<b>$50,000.00</b>

**Goldmine Resources LLC**
Nonpriority Creditor's Name
**4391 Pine St.**
Number        Street

**Bellaire            TX      77401**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim duplicates the claim of Xiaomeng Lian**

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **May 2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.31**
<b>$100,000.00</b>

**Guanqiang Tan**
Nonpriority Creditor's Name
**350 Sweet Gum St.**
Number        Street

**Bollingbrook        IL      60490**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **October 2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.32**
<b>$100,000.00</b>

**Haiguang Cheng**
Nonpriority Creditor's Name
**1428 Heron Way**
Number        Street

**Chalfont            PA      18914**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **November 2017**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known) __**22-10478-BFK**__

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33**

**$40,000.00**

**Haihui Guo**
Nonpriority Creditor's Name
**Zhengli Road Bldg 115 11-302**
Number    Street
**Yangpu District**

**Shanghai, China**

City                State     ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     __**March 2018**__

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.34**

**$400,000.00**

**Haiyan Liu**
Nonpriority Creditor's Name
**2904 Payson Way**
Number    Street

**Wellington**         **FL**    **33414**
City                State     ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     __**September 2018**__

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.35**

**$125,000.00**

**Haotian Wu**
Nonpriority Creditor's Name
**7290 Olde Mill Rd.**
Number    Street

**Harrisburg**         **PA**    **17112**
City                State     ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     __**October 2018**__

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                                                     Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | | **Total claim** |

| 4.36 | | **$25,000.00** |

**Haoying Chen**
Nonpriority Creditor's Name
**951 Preserve Ct.**
Number        Street

**Great Falls        VA    22006**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
**When was the debt incurred?**    __March 2019__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**This claim may be duplicative of any claim of Xudong Jiang**

| 4.37 | | **$131,420.00** |

**He Li**
Nonpriority Creditor's Name
**2B207 Chaoyang District Guangqu Beilu 29**
Number        Street
**Jiu Long Hua Yuan 2B207**

**Bejing, China**

City                State    ZIP Code
**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
**When was the debt incurred?**    __February 2019__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

| 4.38 | | **$300,000.00** |

**Hong Huang**
Nonpriority Creditor's Name
**Chaoyang District**
Number        Street
**Tian Shua Xi Yuan**

**Building 10 Unit 806**

City                State    ZIP Code
**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
**When was the debt incurred?**    __February 2019__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |
| --- |

**4.39**

**$50,000.00**

**Hongqin Zhang**
Nonpriority Creditor's Name
**Jianshali 17-2-402**
Number        Street
**Nankai District**

**Tianjin, China**

City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   __April 2018__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.40**

**$350,000.00**

**Hongying Dong**
Nonpriority Creditor's Name
**2508 Delaware St SE 435B**
Number        Street


**Minneapolis**      **MN**    **55414**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim may be duplicative of the claim of Yiyi Liu**

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   __04/2018__

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.41**

**$21,213.51**

**HSBC Bank**
Nonpriority Creditor's Name
**P.O. Box 9**
Number        Street


**Buffalo**           **NY**    **14240**
City                          State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Personal Loan**

---

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.42**

**$6,215.06**

**HSBC Bank USA, NA**
Nonpriority Creditor's Name
**Box 9**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

**Buffalo                NY    14240**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Personal Loan**

**4.43**

**$550,000.00**

**Hua Gu**
Nonpriority Creditor's Name
**7 Frost Creek Dr.**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **January 2020**

**Locust Walley            NY    11560**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is:  Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**4.44**

**$100,000.00**

**Hua Shi Asset LLC**
Nonpriority Creditor's Name
**1223 Turnbury Oak La.**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **June 2019**

**Houston                TX    77055**
City                          State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is:  Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**This claim duplicates the claim of Xuan Zhang**

Debtor 1    **Bin Hao**

Case number (if known)   **22-10478-BFK**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.45**

**$50,000.00**

**Hua Zhao**
Nonpriority Creditor's Name
**Chaoyan District**
Number     Street
**Qu Wai Jie Yuan 9**

**Building 1 Unit 1606**

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **September 2017**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

**4.46**

**$300,000.00**

**Hui Du**
Nonpriority Creditor's Name
**4129 NW 134th Terr.**
Number     Street


**Portland**              **OR**      **97229**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **July 2018**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

**4.47**

**$750,000.00**

**Hui Wang**
Nonpriority Creditor's Name
**15 Xisi North 5 Alley**
Number     Street
**Xicheng District**

**Bejing, China 100034**

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?      **January 2018**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.48**                                      **$150,000.00**

**Huijuan Wang**
Nonpriority Creditor's Name
**155 Country Club Dr.**
Number       Street
**Cainbridge, Ontario**

**N1T 2B6 Canada**

City                    State         ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **August 2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.49**                                      **$50,000.00**

**J&H Investments LLC**
Nonpriority Creditor's Name
**2 Enterprise Court**
Number       Street

**Nanuet**        **NY**    **10954**
City                    State         ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **08/2020**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.50**                                      **$50,000.00**

**James C. Fu**
Nonpriority Creditor's Name
**2321 Grove Ave**
Number       Street

**Falls Church**      **VA**    **22046**
City                    State         ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **08/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.51

**$200,000.00**

**James Chien Hu**
Nonpriority Creditor's Name
**1504 Gretel Lane**
Number        Street

**Mountain View        CA        94040**
City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **07/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

### 4.52

**$100,000.00**

**Jeff J. Gu**
Nonpriority Creditor's Name
**3772 Penderwood Dr.**
Number        Street

**Fairfax        VA        22033**
City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **09/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

### 4.53

**$80,000.00**

**Ji Li**
Nonpriority Creditor's Name
**Shijicheng Yuandayuan 6qu 9#9A**
Number        Street
**Haidian Beijing, China**

City                State        ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  **05/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.54**

**$22,857.00**

**Jian Chen**
Nonpriority Creditor's Name
**12825 Shadow Oak Lane**
Number          Street

**Fairfax              VA      22033**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **09/2016**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.55**

**$380,000.00**

**Jianfu Lin**
Nonpriority Creditor's Name
**ChaoYang District**
Number          Street
**YanHaiSaiLuoCheng 12-3-303**

**Beijing, China**

City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **07/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.56**

**$60,000.00**

**Jianjun Wang**
Nonpriority Creditor's Name
**627 Watts Branch Parkway**
Number          Street

**Rockville            MD      20854**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **06/2019**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.57**

**$50,000.00**

**Jianzhen Zheng**
Nonpriority Creditor's Name
**Aolin Garden 19-502**
Number    Street
**Canglang District, Suzhou**

**Jiangsu, China**

City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **12/2017**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**4.58**

**$100,000.00**

**Jiazhen Guo**
Nonpriority Creditor's Name
**1710 34th St NW**
Number    Street

**Washington**        **DC**    **20007**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **10/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**4.59**

**$650,000.00**

**Jie Du**
Nonpriority Creditor's Name
**26296 West Freemont Rd.**
Number    Street

**Los Altos**        **CA**    **94022**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **August 12, 2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in subsidiary of Qidian LLC**

**This claim may be a duplicate of the claim of Fei Chen and Yueping Du**

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.60**

**Total claim** $175,000.00

**Jie Han**
Nonpriority Creditor's Name
**HaiDian District**
Number        Street
**ZhuFangLu XiangShuWan Phase III**

**Bldg 5, 2-702, Beijing**

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    **11/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.61**

**Total claim** $150,000.00

**Jie Ruan**
Nonpriority Creditor's Name
**10521 Stable Lane**
Number        Street




**Potomac**            **MD    20854**
City                State      ZIP Code
**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    **06/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.62**

**Total claim** $976,531.00

**Jinan Dong**
Nonpriority Creditor's Name
**15-7540 Abercrombie Dr.**
Number        Street
**Richmond V6Y 3J8**




City                State      ZIP Code
**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?    **04/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.63**

**$50,000.00**

**Jing He**
Nonpriority Creditor's Name
**14 Rolling Green Ct.**
Number        Street

**Potomac**            **MD**    **20878**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **12/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.64**

**$200,000.00**

**Jing Wang**
Nonpriority Creditor's Name
**FangShan District**
Number    Street
**TaWanCun XingHeYuan 6-4-101, Beijing**

City            State    ZIP Code
**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **08/2015**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.65**

**$200,000.00**

**Jinguo Tong**
Nonpriority Creditor's Name
**Xizhimenwai Street**
Number    Street
**Xicheng District 5-6222**

**Beijing, China**

City            State    ZIP Code
**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                              Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

**4.66**                                                                        **$325,000.00**

**JingXiong Sun**
Nonpriority Creditor's Name
**Changping District**
Number        Street
**LiTangLu30HaoYuan, Beijing**

**TaiYangCheng 80-5-801**

City                          State        ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        **01/2016**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**4.67**                                                                        **$200,000.00**

**Jinhua Yang**
Nonpriority Creditor's Name
**25103 Wimbledon Road**
Number        Street



**Beachwood**          **OH**    **44122**
City                          State        ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        **04/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**    Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**4.68**                                                                        **$600,000.00**

**Jiqiang Zhang**
Nonpriority Creditor's Name
**2550 Hunt Country LN**
Number        Street



**Charlottesville**    **VA**    **22901**
City                          State        ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?        **11/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                        Case number (if known)    **22-10478-BFK**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.69 | | **$100,000.00** |
|---|---|---|

**Jun Leng**
Nonpriority Creditor's Name
**505 N. McClurg Ct**
Number        Street
**Unit 403**

**Chicago**            **IL**        **60611**
City                    State      ZIP Code

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        **10/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

| 4.70 | | **$200,000.00** |
|---|---|---|

**Jun Li**
Nonpriority Creditor's Name
**10201 Daphney House Way**
Number        Street

**Rockville**            **MD**        **20850**
City                    State      ZIP Code

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        **09/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

| 4.71 | | **$100,000.00** |
|---|---|---|

**Jupiter Holdings LLC**
Nonpriority Creditor's Name
**6742 Darrells Grant Pl.**
Number        Street

**Falls Church**            **VA**        **22043**
City                    State      ZIP Code

Last 4 digits of account number    __ __ __ __
When was the debt incurred?        **06/2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**This claim may be duplicative of the claim of Lan Zhong**

Debtor 1    **Bin Hao**                                    Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

**4.72**                                                                                **$150,000.00**

**Kuei-ying Chu**                               Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**2922 Crestwood Terrace**                      When was the debt incurred?     **12/2018**
Number      Street
                                                As of the date you file, the claim is: Check all that apply.
                                                ☑ Contingent
                                                ☐ Unliquidated
**Margate**          **FL**    **33063**        ☑ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
**Is the claim subject to offset?**                **Investment in Subsidiary of Qidian LLC**
☑ No
☐ Yes

**4.73**                                                                                **$200,000.00**

**Lan Zhong**                                   Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**6742 Darrells Grant Pl.**                     When was the debt incurred?     **06/2019**
Number      Street
                                                As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
**Falls Church**     **VA**    **22043**        ☑ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
**Is the claim subject to offset?**                **Investment in Subsidiary of Qidian LLC**
☑ No
☐ Yes

This claim may be duplicative of any other claims of Pillar Investments LLC

**4.74**                                                                                **$100,000.00**

**Lan Zhong**                                   Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**6742 Darrells Grant Pl.**                     When was the debt incurred?     **06/2018**
Number      Street
                                                As of the date you file, the claim is: Check all that apply.
                                                ☐ Contingent
                                                ☐ Unliquidated
**Falls Church**     **VA**    **22043**        ☑ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.          **Type of NONPRIORITY unsecured claim:**
☑ Debtor 1 only                                 ☐ Student loans
☐ Debtor 2 only                                 ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt    ☑ Other.  Specify
**Is the claim subject to offset?**                **Investment in Subsidiary of Qidian LLC**
☑ No
☐ Yes

This claim may be dplicative of any other claim of Jupiter Holdings LLC

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.75

**$50,000.00**

**Lei Gong**
Nonpriority Creditor's Name
**Longnhua District Sijiyuan bldg 10**
Number      Street
**3-6b, Shenzhen, Guangdong, China**

_____

City                State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    **02/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

### 4.76

**$150,000.00**

**Lei Wang**
Nonpriority Creditor's Name
**6926 Seven Locks Rd**
Number      Street

_____

**Cabin John**        **MD**    **20818**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    **12/2017**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

### 4.77

**$150,000.00**

**Lei Yuan**
Nonpriority Creditor's Name
**1268 Goldfinch Way**
Number      Street

_____

**Oconomowoc**        **WI**    **53066**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __
**When was the debt incurred?**    **07/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.78**

**$150,000.00**

**Leiwei Sha**
Nonpriority Creditor's Name
**W279N7489 Summer Ct.**
Number        Street

**Hartland**          **WI**    **53209**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **06/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.79**

**$158,071.00**

**Leping Jia Wallace**
Nonpriority Creditor's Name
**7711 MacArthur Blvd**
Number        Street

**Cabin John**          **MD**    **20818**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **02/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.80**

**$49,964.00**

**Libo Zhang**
Nonpriority Creditor's Name
**No. 11 Lishi Hutong**
Number        Street
**Dongcheng District, Beijing, China**

City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **03/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.81**

**$150,000.00**

**Lijun Xiong**
Nonpriority Creditor's Name
**210 Autumn Wind Way**
Number        Street

**Rockville            MD     20850**
City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **08/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.82**

**$50,000.00**

**Lily Du**
Nonpriority Creditor's Name
**Longgang District, Bantian Wangke Cheng**
Number    Street
**Yunshanju H601**

**Shenzhen, China**

City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **04/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.83**

**$220,000.00**

**Lin Xu**
Nonpriority Creditor's Name
**Tianjin Heping District**
Number    Street
**Xinxing Road**

**Tianciyuan Bldg 1 4-301**

City                    State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **10/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

---

Debtor 1  **Bin Hao**

Case number (if known)  **22-10478-BFK**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

**4.84**

**$300,000.00**

**Ling Lu**
Nonpriority Creditor's Name
**12/F China World Tower 3**
Number    Street
**1 Jianguomenwai Ave.**

**Beijing 100004**

City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **09/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

**4.85**

**$200,000.00**

**Ling Wang**
Nonpriority Creditor's Name
**PuchengLu 336 Nong 6-404**
Number    Street
**PudongXinqu, Shanghai, China**

City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **01/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

**4.86**

**$50,000.00**

**Ling Xu**
Nonpriority Creditor's Name
**6614 Tucker Ave**
Number    Street

**McLean          VA      22101**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **08/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.87**

**$150,000.00**

**Lingning Yao**
Nonpriority Creditor's Name
**18-202 188 Jinbang Road**
Number    Street
**Shanghai 200335**

City                        State      ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **10/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.88**

**$400,000.00**

**Liu Youping**
Nonpriority Creditor's Name
**19915 Alexandra's Grove Dr.**
Number    Street

**Ashburn**              **VA      20147**
City                        State      ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim may duplicate the claim of Memei Ko**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **December 2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Binhai Investments and BAH Capital**

**4.89**

**$100,000.00**

**Liu Youping**
Nonpriority Creditor's Name
**19915 Alexandra's Grove Dr.**
Number    Street

**Ashburn**              **VA      20147**
City                        State      ZIP Code
**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim may duplicate the claim of Memei Ko**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **November 2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Binhai Investments and BAH Capital**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |
|---|

**4.90**

**$50,000.00**

**Lucas Han**
Nonpriority Creditor's Name
**9911 Oleander AVe**
Number      Street

**Vienna**                    **VA**      **22181**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **05/2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.91**

**$100,000.00**

**Lujin Zhang**
Nonpriority Creditor's Name
**34027 Alta Loma Dr.**
Number      Street

**Farmington**                **MI**      **48335-4109**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **01/2020**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.92**

**$34,329.00**

**Mahdavi Bacon Halfhill & Young, PLLC**
Nonpriority Creditor's Name
**11350 Random Hills Rd.**
Number      Street
**Suite 700**

**Fairfax**                   **VA**      **22030**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?    **January 2021**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Legal Services**

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.93**

**$50,000.00**

**Mei Gao**
Nonpriority Creditor's Name
**11-1905 Wanliu**
Number      Street
**XingbiaoJiayuan Haidian District**

**Beijing China**

City                   State      ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      **10/2017**

As of the date you file, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Investment in Subsidiary of Qidian LLC**

**4.94**

**$250,000.00**

**Mei Qin**
Nonpriority Creditor's Name
**701 No. 21, Residential of Honor**
Number      Street
**Lanne 188, Jinbang Road**

**Shangahi, China**

City                   State      ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      **02/2018**

As of the date you file, the claim is: Check all that apply.

☒ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Investment in Subsidiary of Qidian LLC**

**4.95**

**$100,000.00**

**Memei Ko**
Nonpriority Creditor's Name
**19915 Alexandra's Grove Dr.**
Number      Street

**Ashburn           VA     20147**
City                   State      ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      **November 2011**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Investment in BAH Investments and Binhai Investmen**

**This claim may duplicate a claim of Liu Yopuping**

Debtor 1    **Bin Hao**                                                                  Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.96**                                                                                                        **$400,000.00**

**Memei Ko**
Nonpriority Creditor's Name
**19915 Alexandra's Grove Dr.**
Number        Street

**Ashburn                    VA        20147**
City                               State       ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    **December 2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in BAH Investments and Binhai Investmen**

**This claim may duplicate teh claim of Liu Youping**

**4.97**                                                                                                        **$25,000.00**

**Michelle Liang**
Nonpriority Creditor's Name
**150 Bunker Hill Dr.**
Number        Street

**Brookfield                  WI        53005**
City                               State       ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    **05/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

**4.98**                                                                                                        **$770,000.00**

**Minghui Xu**
Nonpriority Creditor's Name
**ROOM 401 NO 132 LANE 1250**
Number        Street
**GU YANG BEI ROAD SONG JIANG**

**SHANGHAI, CHINA 201620**

City                               State       ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**    **03/2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                                Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.99**                                                                              **$200,000.00**

**Molly Zhou**
Nonpriority Creditor's Name
**212-1-15A Atlantic Place**
Number        Street
**Guangshunbeidajie 33**

**Beijing, China**

City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.100**                                                                             **$50,000.00**

**Muchen Zhu**
Nonpriority Creditor's Name
**2721 S Adam St.**
Number        Street
**#406**

**Arlington**              **VA**    **22206**
City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **11/2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.101**                                                                             **$50,000.00**

**Na Yanqiu**
Nonpriority Creditor's Name
**11-1905 Wanliu**
Number        Street
**Xingbiao Jiavuan Haidian District**

**Beijing China**

City                          State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **11/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |
| --- | --- | --- | --- | --- |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.102**

**$150,000.00**

**Nan Yu**
Nonpriority Creditor's Name
**14409 Fawnhaven Ct**
Number        Street

**Orlando**          **FL**    **32828**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**This claim may be duplicative of teh claim of Wei Guo**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?     **08/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.103**

**$50,000.00**

**Ning Mi**
Nonpriority Creditor's Name
**5407 Balsam Place**
Number        Street
**Apt. 304**

**Mason**          **OH**    **45040**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?     **12/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.104**

**$200,000.00**

**Panpan Shi**
Nonpriority Creditor's Name
**1550 Zhangyang Road**
Number        Street
**Pudong, Shanghai 200050**

City                State     ZIP Code

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?     **01/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1     **Bin Hao**                                                      Case number (if known)  **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

### 4.105

| | $650,000.00 |
|---|---|

**Peng Wang**
Nonpriority Creditor's Name
**Room 2002, Building 2A, Yulong Garden**
Number      Street
**Zhonglou District, Changzhou**

**Jiangsu, China**

City                          State      ZIP Code

**Who incurred the debt?**     Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     **01/2020**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.106

| | $200,000.00 |
|---|---|

**Pengfei Liu**
Nonpriority Creditor's Name
**Zuojiazhuang 12 Haoyuan Bldg47**
Number      Street
**3-301, Chaoyang District**

**Beijing, China**

City                          State      ZIP Code

**Who incurred the debt?**     Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     **10/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.107

| | $302,542.48 |
|---|---|

**Pillar Investments LLC**
Nonpriority Creditor's Name
**6742 Darrels Grant Pl.**
Number      Street

**Falls Church          VA      22043**
City                          State      ZIP Code

**Who incurred the debt?**     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

When was the debt incurred?     **March 14, 2022**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Loan**

**This claim may be duplicative of any other claim ofLan Zhong**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.108**

**$350,000.00**

**Ping Liu**
Nonpriority Creditor's Name
**ChangAnQu ChangZhengJie 28 Hao**
Number        Street
**YiZhongSuShe Building 9, Unit 3**

**Room 101, ShiJiaZhuang, He**

City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **11/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.109**

**$10,000.00**

**Ping Yang**
Nonpriority Creditor's Name
**DongSanhuan NanLu, 19 haoyuan**
Number        Street
**bldg 5, 2-704, Chaoyang District**

**Beijing China**

City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **06/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.110**

**$18,318.98**

**Prosper Marketplace, Inc.**
Nonpriority Creditor's Name
**P.O. Box 886081**
Number        Street
**Los Angeles, CA 9088-6081**


City                    State        ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
    **Personal Loan**

---

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.111

**Prosper Marketplace, Inc.**
Nonpriority Creditor's Name
**P.O. Box 886081**
Number        Street
**Los Angeles, CA 9088-6081**

**$12,122.69**

City                State      ZIP Code

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Personal Loan**

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 4.112

**Qian Gu**
Nonpriority Creditor's Name
**1710 Warner Ave.**
Number        Street

**$100,000.00**

**McLean            VA      22101**
City                State      ZIP Code

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **October 2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim duplicates the claim of DataPro Investments**

### 4.113

**Qiang Hao**
Nonpriority Creditor's Name
**Chaoyang District**
Number        Street
**JinTaiLu YanJingXiLi 4#1-1503**

**Beijing**

**$50,000.00**

City                State      ZIP Code

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**    **05/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1  **Bin Hao**

Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

### 4.114

**$150,000.00**

**Qiao Hua**
Nonpriority Creditor's Name
**Sibaodai Xilu 888**
Number    Street
**Sijijinghua Bldg 15, 1106**

**Suzhou, China**

City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**    **03/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

### 4.115

**$500,000.00**

**Qiaoyan Shi**
Nonpriority Creditor's Name
**1550 Zhangyang Road**
Number    Street
**Pudong, Shanghai 200050**

City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**    **03/2019**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

### 4.116

**$150,000.00**

**QiHong Wang**
Nonpriority Creditor's Name
**9445 Mirror Pond Dr.**
Number    Street

**Fairfax            VA      22032**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**    **1/2019**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                                    Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.117**

**$23,400.00**

**Qiping Yuan and Wei Mao, Trustees**
Nonpriority Creditor's Name
**1000 Green Valley Rd.**
Number        Street

**New Winsor        MD    21776**
City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **April 2021**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Rent**

---

**4.118**

**$15,000.00**

**Qiping Yuan and Wei Mao, Trustees**
Nonpriority Creditor's Name
**1000 Green Valley Rd.**
Number        Street

**New Winsor        MD    21776**
City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **April 2022**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Loan**

---

**4.119**

**$100,000.00**

**Qiufeng Cai**
Nonpriority Creditor's Name
**12825 Shadow Oak Ln**
Number        Street

**Fairfax        VA    22033**
City        State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **12/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Investment in Subsidiary of Qidian LLC**

---

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| | Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.120

**$250,000.00**

**Qunli Wang**
Nonpriority Creditor's Name
**Fang Shan District**
Number        Street
**Ta Wan Cun Xing He Yuan 6-4-101**

**Beijing, Cina**

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        **12/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.121

**$100,000.00**

**Rong Yi**
Nonpriority Creditor's Name
**217 Bonad Rd.**
Number        Street


**Chestnut Hill**        **MA**    **02467**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        **11/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.122

**$100,000.00**

**Rongze Qiao**
Nonpriority Creditor's Name
**88 outwest Irvine**
Number        Street


                         **CA**    **92618**
City                State      ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?        **09/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.123**

**$30,000.00**

**Ruo Yong**
Nonpriority Creditor's Name
**Zirongxian Hutong 10-5-403**
Number       Street
**Xicheng District, Beijing China**

City                    State       ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **12/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.124**

**$175,000.00**

**Ruoyun Li**
Nonpriority Creditor's Name
**4832 Nash Dr.**
Number       Street

**Fairfax**               **VA**     **22032**
City                    State       ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **12/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.125**

**$60,000.00**

**Ruyun Deng**
Nonpriority Creditor's Name
**905 Woods Dr.**
Number       Street

**Hartland**               **WI**     **53029**
City                    State       ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?   **12/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**                                    Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.126**                                                                    **$306,000.00**

**Sai Ma**
Nonpriority Creditor's Name
**1146 Oakwood Manor Dr.**
Number        Street

**Sandy Spring         MD     20860**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **11/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**4.127**                                                                    **$550,000.00**

**Sara Shone**
Nonpriority Creditor's Name
**465 Nob Hill Oval**
Number        Street

**Charginb             OH     44022**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **December 2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**This claim may be duplicative of the claim of Y&H Solutions**

**4.128**                                                                    **$300,000.00**

**Sen Hao**
Nonpriority Creditor's Name
**1390 Chain Bridge Road**
Number        Street
**#A268**

**McLean               VA     22101**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **11/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

Debtor 1   **Bin Hao**

Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.129**

**$50,000.00**

**Sha Jin**
Nonpriority Creditor's Name
**Yushan Lu 308 Nong 13-701**
Number   Street
**Shanghai**

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **05/2019**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

City   State   ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.130**

**$100,000.00**

**Shan Yu**
Nonpriority Creditor's Name
**6679 Tierra Vista Court**
Number   Street

**San Diego**      **CA**   **92130**
City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **09/2018**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.131**

**$300,000.00**

**Shihua Yang**
Nonpriority Creditor's Name
**Futian District**
Number   Street
**Caitian Bei Lu Han Ling Hua Yuan 7D-2A**

**Shenzhen, Guangding, China**

City   State   ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **02/2018**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**This claim may duplicate the claim of Xiaobing Wu**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.132

**$305,000.00**

**Shujian Wang**
Nonpriority Creditor's Name
**Haidian Disitrict**
Number      Street
**Qinghua University XueYanDaSha A404**

**Beijing**

City                State      ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?      **07/2017**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.133

**$50,000.00**

**Shunzhe Xie**
Nonpriority Creditor's Name
**1100 Holly Street NW**
Number      Street
**Apt. B**

**Atlanta**              **GA**      **30318**
City                State      ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?      **08/2017**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.134

**$110,000.00**

**Shuxian An**
Nonpriority Creditor's Name
**9333 Orchard Brook Dr.**
Number      Street

**Potomac**              **MD**      **20854**
City                State      ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?      **08/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.135**

**$150,000.00**

**Small Business Administration**
Nonpriority Creditor's Name
**14925 Kingsport Rd.**
Number          Street
**Fort Worth, TX**

City                State      ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Guaranty of PPP Loan**

**Guaranty of PPP Loan for Qidian**

**4.136**

**$50,000.00**

**Sunflower Investment and Consulting**
Nonpriority Creditor's Name
**9911 Oleander Ave.**
Number          Street

**Vienna              VA       22181**
City                State      ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?    **May 2019**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**4.137**

**$1,755.77**

**TJ Maxx**
Nonpriority Creditor's Name
**P.O. Box 530949**
Number          Street

**Atlanta              GA       30353**
City                State      ZIP Code

Last 4 digits of account number    __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
   **Personal Loan**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.138**

**$200,000.00**

**Tong Wu**
Nonpriority Creditor's Name
**777 Biyun Rd., 4-602**
Number     Street
**Shanghai, China**

City                State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **08/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.139**

**$100,000.00**

**Tongxiao Zhang**
Nonpriority Creditor's Name
**23309 Farmington Rd**
Number     Street

**Farmington**          **MI**     **48336**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **1/2020**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.140**

**$25,000.00**

**Unisolus Inc.**
Nonpriority Creditor's Name
**1114 Towlston Rd.**
Number     Street

**McLean**          **VA**     **22101**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **April 2019**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                                                     Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

**4.141**                                                                                          **$3,134,014.00**

**Washington One Capitals Corp.**
Nonpriority Creditor's Name
**8150 Leesburg Pike**
Number          Street
**Suite 800**

**Vienna**                    **VA**      **22182**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        **November 2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

**4.142**                                                                                          **$158,071.00**

**Wayne David Wallace**
Nonpriority Creditor's Name
**7711 MacArthur Blvd.**
Number          Street

**Cabin John**                **MD**      **20818**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        **February 2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

**4.143**                                                                                          **$150,000.00**

**Wei Guo**
Nonpriority Creditor's Name
**14409 Fawnhaven Ct**
Number          Street

**Orlando**                   **FL**      **32828**
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?        **08/2017**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

**This claim may be duplicative of the claim of Nan Yu**

Debtor 1    **Bin Hao**                                    Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.144**                                                              **$300,000.00**

**Wei He**
Nonpriority Creditor's Name
**Chaoyang District**
Number    Street
**Lai Guang Ying Hong Jun Ying Dong Jie**

**Lu 5 Hao Shan Shui Lan Wei 2 Phase**

City    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    **04/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.145**                                                              **$100,000.00**

**Wei Mao**
Nonpriority Creditor's Name
**4857 Turnberry Dr**
Number    Street

**Hoffman Estates**    **IL**    **60010**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    **06/2019**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.146**                                                              **$700,000.00**

**Wei Song**
Nonpriority Creditor's Name
**801 W Boxborough Dr.**
Number    Street

**Wilmington**    **DE**    **19810**
City    State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**    **07/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**Investment claim and claim for breach of contract**

Debtor 1    **Bin Hao**                                    Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.147**                                                                **$50,000.00**

**Wei Xiong**
Nonpriority Creditor's Name
**30 Sweetgum Ln.**
Number      Street

**Springboro      OH    45066**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **12/27/2020**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

**4.148**                                                                **$200,000.00**

**Wei Yang**
Nonpriority Creditor's Name
**1729 Gainsborough Rd**
Number      Street

**San Dimas      CA    91773**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **06/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

**4.149**                                                                **$216,730.00**

**Weidong Niu**
Nonpriority Creditor's Name
**13595 W James Street**
Number      Street

**Brookfield      WI    53005**
City            State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?    **10/2017**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)   **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.150**

$890.00

**Wells Fargo Bank**
Nonpriority Creditor's Name
**P.O. Box 10347**
Number      Street

**Des Moines          IA     50306**
City               State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Personal Loan**

**4.151**

$150,000.00

**Wenhui Li**
Nonpriority Creditor's Name
**Room 901-C Building A**
Number      Street
**No. 6 Genang'An Men Inner St.**

**Xi Chen District, Bejing, China**

City               State    ZIP Code
**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  __January 2019__

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

**4.152**

$50,000.00

**Wenqin Feng**
Nonpriority Creditor's Name
**519 Grove St.**
Number      Street

**Westfield          NJ     07090**
City               State    ZIP Code
**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  __03/2018__

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.153

**Wenyong Du**
Nonpriority Creditor's Name
**4129 NW 134th Ter.**
Number        Street
_____

**Portland**              **OR**    **97229**
City                         State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: $150,000.00**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

### 4.154

**Xiaobing Wu**
Nonpriority Creditor's Name
**Futian Distrtict**
Number        Street
**Caitain Be Liu Hang Linf Hua Yuan 7D-2A**

**Shenzhen, Guangdong, China**
_____
City                         State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim may duplicate the claim of Shihua Yang**

**Total claim: $300,000.00**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **02/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

### 4.155

**Xiaohua Cheng**
Nonpriority Creditor's Name
**15v Wadsworth Ln**
Number        Street
_____

**Wayland**              **MA**    **01778**
City                         State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim: $366,730.00**

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |

---

**4.156**

**$160,000.00**

**Xiaojing Liu**
Nonpriority Creditor's Name
**Xincheng Qu Changan Xiaoqu Bldg 7**
Number    Street
**Chifeng, Neimenggu, China**

_____

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   **05/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.157**

**$50,000.00**

**Xiaoli Feng**
Nonpriority Creditor's Name
**Zeng Guang Lu Jing Wang Fen Building 2**
Number    Street
**1-308, HaiDian Disitrict**

**Beijing, China**

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   **06/2018**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.158**

**$300,000.00**

**Xiaoling Chen**
Nonpriority Creditor's Name
**ChaoYang District**
Number    Street
**Yan Hai Sai Luo Cheng 12-2-303**

**Beijing, China**

City                State      ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**   **10/2015**

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

Debtor 1     **Bin Hao**                                                    Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.159

**$50,000.00**

**Xiaomeng Lian**
Nonpriority Creditor's Name
**4931 Pine St.**
Number        Street

**Bellaire              TX      77401**
City                      State     ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___
When was the debt incurred?     **May 2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

**This claim may duplicate the claim of Goldmine Resources LLC**

### 4.160

**$250,000.00**

**Xiaomin Fan**
Nonpriority Creditor's Name
**Shiji Cheng Qingboyuan Bldg 9, 3-8F**
Number        Street
**Haidian District, Beijing China**

City                      State     ZIP Code
**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___
When was the debt incurred?     **03/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

### 4.161

**$100,000.00**

**Xiaopo Liu**
Nonpriority Creditor's Name
**Unit 403, 1258 West Broadway**
Number        Street
**Vancouver, BC V6H0A9**

City                      State     ZIP Code
**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___
When was the debt incurred?     **02/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.162**          **$300,000.00**

**Xiaorong Lu**
Nonpriority Creditor's Name
**6634 Langdon Ct.**
Number    Street

**McLean**     **VA**    **22101**
City     State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **08/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.163**          **$200,000.00**

**Xiaowen Sun**
Nonpriority Creditor's Name
**ChangPing District North QijiaZhen**
Number    Street
**MingLiuHuaYuanJuYuan 5-404**

**Beijing, China**

City     State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **08/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.164**          **$100,000.00**

**Xiaoying Li**
Nonpriority Creditor's Name
**292 Janine Way**
Number    Street

**Bridgewater**     **NJ**    **08807**
City     State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **02/2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
    **Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**                                    Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.165**                                                                        **$50,000.00**

**Xiaoyu Tian**
Nonpriority Creditor's Name
**2121 H Street NW**
_____
Number      Street

_____

**Washington          DC    20052**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **10/2017**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.166**                                                                        **$450,000.00**

**Xiaoyuan Chen**
Nonpriority Creditor's Name
**10901 Lamplighter Lane**
Number      Street

_____

**Potomac             MD    20854**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

**4.167**                                                                        **$50,000.00**

**Xin Liu**
Nonpriority Creditor's Name
**No 21 Bldg 4 21st Caozhuangyuan Street**
Number      Street
**Nanming Dist Guaiyang City 550002**

**Guizhou Province China**

City                State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Investment in Subsidiary of Qidian LLC**

---

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
| --- | --- | --- | --- |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.168**

**$100,000.00**

**Xin Yu**
Nonpriority Creditor's Name
**4061 Vista Way**
Number      Street

**Davis          CA      95618**
City              State      ZIP Code

**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**This claim duplcates the claim of Charles Corey Rairdan**

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?      June 2018**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
    **Investment in subsidiary of Qidian LLC**

---

**4.169**

**$50,000.00**

**Xinya Liu**
Nonpriority Creditor's Name
**5 Yishanjun**
Number      Street
**Room 303 Yuelong Street**

**Ninghai, Zhejiang, China**

City              State      ZIP Code
**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?      08/2018**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.170**

**$100,000.00**

**Xuan Zhang**
Nonpriority Creditor's Name
**1223 Turnbury Oak La.**
Number      Street

**Houston          TX      77055**
City              State      ZIP Code
**Who incurred the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?      June 2019**

As of the date you file, the claim is: Check all that apply.
- ☒ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

**This claim duplicates the claim of Hua Shi Asset LLC**

Debtor 1    **Bin Hao**                                    Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.171**                                                                                          **$25,000.00**

**Xuandong Zhao**
Nonpriority Creditor's Name
**13466 Lablanca Bend**
Number        Street

**Westfield          IN      46074**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**   **05/2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**4.172**                                                                                          **$25,000.00**

**Xudong Jiang**
Nonpriority Creditor's Name
**951 Preserve Ct**
Number        Street

**Great Falls        VA      22066**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**This claim may be duplicative of any claim of Haoying Chen**

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**   **03/2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**4.173**                                                                                          **$115,000.00**

**Xueqing Xue**
Nonpriority Creditor's Name
**4110 Pemberton Court**
Number        Street

**Elliott City       MD      21043**
City                  State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
**When was the debt incurred?**   **09/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.174**

$50,000.00

**Xuhui Zhao**
Nonpriority Creditor's Name
**2 Enterprise Court**
Number        Street

**Nanuet**                    **NY**    **10954**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **12/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.175**

$100,000.00

**Xunying Zhao**
Nonpriority Creditor's Name
**7053 NW 66th Terr.**
Number        Street

**Parkland**                  **FL**    **33067**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **May 2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**This claim duplicates the claim of Constance Properties, LLC**

---

**4.176**

$550,000.00

**Y&H Solutions**
Nonpriority Creditor's Name
**465 Nob Hill Oval**
Number        Street

**Chagrin**                   **OH**    **44022**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **12/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

**This claim may be duplicative of teh claim of Sara Shone**

---

Debtor 1    **Bin Hao**                                                    Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.177**                                                                                    **$100,000.00**

**Yan Gao**
Nonpriority Creditor's Name
**606 Autumn Wind Way**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **07/2019**

**Rockville           MD      20874**
City                 State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Investment in Subsidiary of Qidian LLC**

**4.178**                                                                                    **$50,000.00**

**Yan Huo**
Nonpriority Creditor's Name
**2507 N Norwich Ln**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **07/2019**

**Fayetteville        AR      72703**
City                 State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Investment in Subsidiary of Qidian LLC**

**4.179**                                                                                    **$350,000.00**

**Yan Mou Zheng**
Nonpriority Creditor's Name
**Zeng Guang Lu Jing Wang Fen Building 2**
Number        Street
**1-308, HaiDian Distirct**

**Beijing China**

City                 State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **08/2018**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known) **22-10478-BFK**

### Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

| 4.180 | | **$50,000.00** |

**Yan Qi**
Nonpriority Creditor's Name
**1146 Oakwood Manor Dr**
Number      Street

**Sandy Spring        MD    20860**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **02/2019**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

| 4.181 | | **$50,000.00** |

**Yang Gerlach**
Nonpriority Creditor's Name
**3022 Hartridge Terrace**
Number      Street

**Wellington        FL    33414**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **06/2019**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

| 4.182 | | **$100,000.00** |

**Yang Lu**
Nonpriority Creditor's Name
**1856 Marber Ave**
Number      Street

**Long Beach        CA    90815**
City                State      ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    **12/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**                                                     Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.183**                                                                  **$600,000.00**

**Yangyang Zhang**
Nonpriority Creditor's Name

**180 Autumn View Dr**

Number        Street

**Gaithersburg          MD      20878**
City                   State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?      **01/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

**4.184**                                                                  **$100,000.00**

**Yanran Shi**
Nonpriority Creditor's Name

**443 Bedford St**
Number        Street

**Lexington             MA      02420**
City                   State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?      **04/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

**4.185**                                                                  **$200,000.00**

**Yanyan Chen**
Nonpriority Creditor's Name

**Unit 6-2-6A,**
Number        Street
**Zhuanjia International Garden**

**QingHeXiaoYing East Road**

City                   State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?      **08/2015**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
   **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                             Case number (if known)   **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.186**                                                                       **$250,000.00**

**Yanyi Du**
Nonpriority Creditor's Name
**701 No. 21, Residential of Honor**
Number     Street
**Lanne 188, Jinbang Road**

**Shanghai, China**

City                          State        ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    **02/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.187**                                                                       **$50,000.00**

**Yaoming Cheng**
Nonpriority Creditor's Name
**HuaiHaiXiLu Nong 183, 3-1904**
Number     Street
**Shanghai, China**

City                          State        ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    **06/2019**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.188**                                                                       **$100,000.00**

**Yawei Wang**
Nonpriority Creditor's Name
**3928 Poplar creek ct**
Number     Street

**Fairfax              VA        22033**
City                          State        ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    **10/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                                    Case number (if known)   **22-10478-BFK**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.189**                                                                                    **$150,000.00**

**Ye Wu**
Nonpriority Creditor's Name
**11418 Patriot Ln**
Number        Street

_____

**Potomac**              **MD**    **20854**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **07/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.190**                                                                                    **$100,000.00**

**Yi Xu**
Nonpriority Creditor's Name
**5111 Mintz Lane**
Number        Street

_____

**Ellicott City**          **MD**    **21043**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **12/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.191**                                                                                    **$250,000.00**

**Yifan Li**
Nonpriority Creditor's Name
**99 Lianmin Rd., #257**
Number        Street
**Qingpu District, Shanghai 201702**

_____

City                      State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?   **03/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.192**

| | **$50,000.00** |
|---|---|

**Yihe Wang**
Nonpriority Creditor's Name
**GuSuQu, Wang Xi Ma Xiang Building 26**
Number    Street
**SuZhou, JiangSu, China**

_____

City                    State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    **01/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.193**

| | **$30,000.00** |
|---|---|

**Yiming Huang**
Nonpriority Creditor's Name
**3759 N Kenmore Ave., Apt G**
Number    Street

_____

**Chicago**              **IL**      **60613**
City                    State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    **03/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

**4.194**

| | **$175,000.00** |
|---|---|

**Ying Shi**
Nonpriority Creditor's Name
**Shi Jing Shan District, Gu Chen Jie Dao**
Number    Street
**Zhong Hai Huan Yu Tian Xie Yu Shan Fu**

**Building 12 1-202, Beijing**

City                    State      ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    **11/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                          Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.195**

**$50,000.00**

**Ying Wang**
Nonpriority Creditor's Name
**16214 Decker place**
Number        Street

**Rockville          MD    20855**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?      **03/2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.196**

**$60,000.00**

**Ying Zhai**
Nonpriority Creditor's Name
**Room 14-4-402,Yicuiyuan**
Number        Street
**Lugu Rd,Shi Jing Shan District**

**Beijing,China**

City                    State    ZIP Code
**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?      **08/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.197**

**$400,000.00**

**Ying Zhang**
Nonpriority Creditor's Name
**67 Decatur St**
Number        Street

**Arlington          MA    02474**
City                    State    ZIP Code
**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?      **07/2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |
| --- | --- | --- | --- | --- |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
| --- | --- |

**4.198**

$25,000.00

**Yingxin Liu**
Nonpriority Creditor's Name
**W271N6189 Maple St.**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?      **11/2018**

**Sussex**              **WI**    **53089**
City                    State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

**Investment in Subsidiary of Qidian LLC**

**4.199**

$50,000.00

**Yingyun Mao**
Nonpriority Creditor's Name
**Hailunhuayuan 68 Nong 3-101**
Number        Street
**Huachang Road, Shanghai China**

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?      **08/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

**Investment in Subsidiary of Qidian LLC**

**4.200**

$400,000.00

**Yiping Feng**
Nonpriority Creditor's Name
**18 Barbieri Ct.**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?      **08/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Raritan**              **NJ**    **08869**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                      Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.201**                                                                  **$50,000.00**

**Yiqun Shan**                               Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**1060 S 3rd St., Apt 270**                  When was the debt incurred?    **08/2017**
Number      Street
_____             As of the date you file, the claim is: Check all that apply.
                                             ☑ Contingent
                                             ☐ Unliquidated
**San Jose            CA    95112**          ☑ Disputed
City                  State  ZIP Code
**Who incurred the debt?**   Check one.      Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other.  Specify
**Is the claim subject to offset?**              **Investment in Subsidiary of Qidian LLC**
☑ No
☐ Yes

**4.202**                                                                  **$100,000.00**

**Yixin Jia**                                Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**Room 501, Flat No. 16, Lane 1333**         When was the debt incurred?    **12/2018**
Number      Street
**Hai Yang Road, Pudong District**           As of the date you file, the claim is: Check all that apply.
                                             ☑ Contingent
**Shanghai, 200126**                         ☐ Unliquidated
                                             ☑ Disputed
City                  State  ZIP Code
**Who incurred the debt?**   Check one.      Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other.  Specify
**Is the claim subject to offset?**              **Investment in Subsidiary of Qidian LLC**
☑ No
☐ Yes

**4.203**                                                                  **$350,000.00**

**Yiyi Liu**                                 Last 4 digits of account number ___ ___ ___ ___
Nonpriority Creditor's Name
**2508 Delaware St SE 435B**                 When was the debt incurred?    **04/2018**
Number      Street
_____             As of the date you file, the claim is: Check all that apply.
                                             ☑ Contingent
                                             ☐ Unliquidated
**Minneapolis         MN    55414**          ☑ Disputed
City                  State  ZIP Code
**Who incurred the debt?**   Check one.      Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                              ☐ Student loans
☐ Debtor 2 only                              ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                     that you did not report as priority claims
☐ At least one of the debtors and another    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other.  Specify
**Is the claim subject to offset?**              **Investment in Subsidiary of Qidian LLC**
☑ No
☐ Yes

**This claim may be duplicative of the claim of Hongying Dong**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |

---

**4.204**

**$50,000.00**

**Yong Gao**
Nonpriority Creditor's Name
**HepingLi Xiaohuangzhuang**
Number      Street
**Hepingxiyuan #5, Chaoyang**

**Beijing China**

City      State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **10/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.205**

**$200,000.00**

**Yongyi Liu**
Nonpriority Creditor's Name
**1120 Encanto Dr.**
Number      Street

**Arcadia          CA     91007**
City           State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **11/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.206**

**$400,000.00**

**Yu Gu**
Nonpriority Creditor's Name
**155 Country Club Dr.**
Number      Street
**Cambridge, ON N1T 2B6 Canada**

City           State    ZIP Code

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **11/2017**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

Debtor 1   **Bin Hao**                                        Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.207**                                                                            **$150,000.00**

**Yuan Lei**
Nonpriority Creditor's Name
**1268 Goldfinch Way**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  **07/2018**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Oconomowoc            WI    53066**
City                    State    ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Is the claim subject to offset?
☑ No
☐ Yes

**4.208**                                                                            **$50,000.00**

**Yuan Liang**
Nonpriority Creditor's Name
**Yongwaiguancun 32 yuan Bldg 6-205**
Number        Street
**Dongcheng, Beijing China**

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  **01/2018**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

City                    State    ZIP Code
**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Is the claim subject to offset?
☑ No
☐ Yes

**4.209**                                                                            **$40,000.00**

**Yuanzhen Zhang**
Nonpriority Creditor's Name
**17924 Archwood Way**
Number        Street

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  **04/2018**

As of the date you file, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☑ Disputed

**Olney              MD    20832**
City                    State    ZIP Code
**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1    **Bin Hao**                                              Case number (if known)    **22-10478-BFK**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.210**                                                                    **$400,000.00**

**Yueping Du**
Nonpriority Creditor's Name
**29296 West Freemont Rd.**
Number        Street

**Los Altos          CA      94022**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

This claim may duplicate the claim of Jie Du

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **October 2017**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Investment in subsidiary of Qidian LLC**

---

**4.211**                                                                    **$50,000.00**

**Yuhui Lang**
Nonpriority Creditor's Name
**Yongwaiguancun 32 yuan Bldg 6-205**
Number        Street
**Dongcheng, Beijing China**

City                State    ZIP Code
**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **02/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Investment in Subsidiary of Qidian LLC**

---

**4.212**                                                                    **$50,000.00**

**Yulin Zhong**
Nonpriority Creditor's Name
**304 Autumn Wind Way**
Number        Street

**Rockville          MD      20850**
City                State    ZIP Code
**Who incurred the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**

Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

### 4.213

**$50,000.00**

**Yun Ma**
Nonpriority Creditor's Name

**101 longview lane,**
Number      Street

**Newtown Square      PA      19073**
City      State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?    **03/2019**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

   **Investment in Subsidiary of Qidian LLC**

### 4.214

**$50,000.00**

**Yuru Lang**
Nonpriority Creditor's Name

**Yongwaiguancun 32 yuan Bldg 6-205**
Number      Street

**Dongcheng, Beijing China**

City      State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?    **01/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

   **Investment in Subsidiary of Qidian LLC**

### 4.215

**$50,000.00**

**Yuru Zhong**
Nonpriority Creditor's Name

**3711 Broadrun Dr,**
Number      Street

**Fairfax      VA      22033**
City      State      ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

When was the debt incurred?    **12/2018**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

   **Investment in Subsidiary of Qidian LLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

**4.216**                                                                          **$50,000.00**

**Zhen Zhong**
Nonpriority Creditor's Name
**448 Walnut Lane**
Number        Street
_____

**Princeton            NJ      08540**
City                  State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **10/2019**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.217**                                                                          **$350,000.00**

**Zhenhe Yang**
Nonpriority Creditor's Name
**ChangAnQu ChangZhengJie 28 Hao**
Number      Street
**YiZhongSuShe Building 9, Unit 3**

**Room 101, ShiJiaZhuang**
_____
City                  State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **11/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

---

**4.218**                                                                          **$325,000.00**

**Zhenyan Yang**
Nonpriority Creditor's Name
**Changping District, Li Tang Lu 30**
Number      Street
**Hai Yuan Beijing Tai YangCheng 80-5-801**

**Beijing, China**
_____
City                  State   ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
When was the debt incurred?    **08/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Investment in Subsidiary of Qidian LLC**

Debtor 1    **Bin Hao**                                    Case number (if known)    **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.219**                                                                                      **$70,000.00**

**Zhibin He**
Nonpriority Creditor's Name
**9721 Cinnamon Creek Drive**
Number        Street

**Vienna              VA       22182**
City                    State       ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **06/2019**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.220**                                                                                     **$100,000.00**

**Zhifan Jin**
Nonpriority Creditor's Name
**Guangqulu 36,**
Number        Street
**Shuodu Guoji Cheng 17-1-2303**

**Chaoyang, Beijing China**

City                    State       ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **09/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

**4.221**                                                                                      **$50,000.00**

**Zhigang Yang**
Nonpriority Creditor's Name
**Qingta Xi Lu Zhujiang Fengjing Bldg 23**
Number        Street
**Unit 908, Fengtai, Beijing China**

City                    State       ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    **02/2018**

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Investment in Subsidiary of Qidian LLC**

---

Debtor 1    **Bin Hao**                                    Case number (if known)  **22-10478-BFK**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

---

**4.222**                                                                **$150,000.00**

**Zhihao Lin**
Nonpriority Creditor's Name
**9 Washburn Terrace, #1**
Number        Street

_____

**Brookline          MA    02446**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    **05/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.223**                                                                **$150,000.00**

**Zhiheng Li**
Nonpriority Creditor's Name
**7290 Olde Mill Road**
Number        Street

_____

**Harrisburg          PA    17112**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    **09/2017**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

**4.224**                                                                **$300,000.00**

**Zhizhi Zhou**
Nonpriority Creditor's Name
**Shenzhen Futian District**
Number        Street
**Qiaochengdonglu Jinhaiyanhuayuan 4-6C**

_____

City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __
**When was the debt incurred?**    **11/2018**

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
    that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
    **Investment in Subsidiary of Qidian LLC**

---

Debtor 1 **Bin Hao**

Case number (if known) **22-10478-BFK**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---------|--------------------------------------------------------|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**$50,000.00**

4.225

**Zhong Xie**
Nonpriority Creditor's Name
**Changping District Huilong Guan**
**Zi Jing Qi Xing Guang Chang Fu 121**

**Beijing**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** **01/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Investment in Subsidiary of Qidian LLC**

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    **Bin Hao**                                          Case number (if known)  **22-10478-BFK**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. **$78,166.67** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. **$65,056.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. **$0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+ $0.00** |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. **$143,222.67** |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. **$0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+ $41,036,022.97** |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. **$41,036,022.97** |

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Bin** | | **Hao** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number | **22-10478-BFK** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | | | State what the contract or lease is for |
| --- | --- | --- | --- | --- |
| 2.1 | **Qidian, LLC** | | | **Professional Services** |
| | Name | | | **Contract to be ASSUMED** |
| | **1390 Chain Bridge Rd.** | | | |
| | Number    Street | | | |
| | **Suite A 168** | | | |
| | **McLean** | **VA** | **22101** | |
| | City | State | ZIP Code | |
| 2.2 | **Qiping Yuan and Wei Mao, Trustees** | | | **Residential Lease of 13008 Cabin Creek Road,** |
| | Name | | | **Herndon, VA** |
| | **1000 Green Valley Rd.** | | | **Contract to be ASSUMED** |
| | Number    Street | | | |
| | **New Winsor** | **MD** | **21776** | |
| | City | State | ZIP Code | |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Bin** | | **Hao** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

| Case number (if known) | **22-10478-BFK** |
|---|---|

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
   ☒ No.  Go to line 3.
   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G).  Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Ashley Yuan** | | |
|---|---|---|---|
| | Name | | |
| | **1000 Green Valley Rd.** | | |
| | Number | Street | |
| | | | |
| | **New Winsor** | **MD** | **21776** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.210**
☐ Schedule G, line _____
**Yueping Du**

| 3.2 | **Ashley Yuan** | | |
|---|---|---|---|
| | Name | | |
| | **1000 Green Valley Rd.** | | |
| | Number | Street | |
| | | | |
| | **New Winsor** | **MD** | **21776** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.59**
☐ Schedule G, line _____
**Jie Du**

| 3.3 | **Ashley Yuan** | | |
|---|---|---|---|
| | Name | | |
| | **1000 Green Valley Rd.** | | |
| | Number | Street | |
| | | | |
| | **New Winsor** | **MD** | **21776** |
| | City | State | ZIP Code |

☐ Schedule D, line _____
☒ Schedule E/F, line   **4.28**
☐ Schedule G, line _____
**Fei Chen**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.4 | **Ashley Yuan** |
|---|---|
| | Name |
| | **1000 Green Valley Rd.** |
| | Number        Street |
| | |
| | **New Winsor**        **MD**        **21776** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.146**
☐ Schedule G, line _____
**Wei Song**

| 3.5 | **Ashley Yuan** |
|---|---|
| | Name |
| | **1000 Green Valley Rd** |
| | Number        Street |
| | |
| | **New Winsor**        **MD**        **21776** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.92**
☐ Schedule G, line _____
**Mahdavi Bacon Halfhill & Young, PLLC**

| 3.6 | **Ashley Yuan** |
|---|---|
| | Name |
| | **1000 Green Valley Rd.** |
| | Number        Street |
| | |
| | **New Winsor**        **MD**        **21176** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.88**
☐ Schedule G, line _____
**Liu Youping**

| 3.7 | **Ashley Yuan** |
|---|---|
| | Name |
| | **1000 Green Valley Dr.** |
| | Number        Street |
| | |
| | **New Winsor**        **MD**        **21776** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.89**
☐ Schedule G, line _____
**Liu Youping**

| 3.8 | **Ashley Yuan** |
|---|---|
| | Name |
| | **1000 Green Valley Dr.** |
| | Number        Street |
| | |
| | **New Winsor**        **MD**        **21776** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.95**
☐ Schedule G, line _____
**Memei Ko**

| 3.9 | **Ashley Yuan** |
|---|---|
| | Name |
| | **1000 Chain Bridge Rd.** |
| | Number        Street |
| | **Suite A 268** |
| | **McLean**        **VA**        **22101** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.96**
☐ Schedule G, line _____
**Memei Ko**

| 3.10 | **BAH Capital** |
|---|---|
| | Name |
| | **1390 Chain Bridge Rd.** |
| | Number        Street |
| | **Suite A 268** |
| | **McLean**        **VA**        **22101** |
| | City        State        ZIP Code |

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.88**
☐ Schedule G, line _____
**Liu Youping**

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |

| | **Additional Page to List More Codebtors** |

*Column 1:*  **Your codebtor**

*Column 2:*  **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.11**

**BAH Capital**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.89**
☐ Schedule G, line _____

**Liu Youping**

---

**3.12**

**BAH Capital LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A-268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.92**
☐ Schedule G, line _____

**Mahdavi Bacon Halfhill & Young, PLLC**

---

**3.13**

**BAH Capital LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.95**
☐ Schedule G, line _____

**Memei Ko**

---

**3.14**

**BAH Capital LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.96**
☐ Schedule G, line _____

**Memei Ko**

---

**3.15**

**BAH Investments**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Sutie A 268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.88**
☐ Schedule G, line _____

**Liu Youping**

---

**3.16**

**BAH Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A-268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.92**
☐ Schedule G, line _____

**Mahdavi Bacon Halfhill & Young, PLLC**

---

**3.17**

**BAH Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**                     **VA**          **22101**
City                    State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.89**
☐ Schedule G, line _____

**Liu Youping**

---

Debtor 1    **Bin Hao**                                                    Case number (if known)   **22-10478-BFK**

| | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.18**

**BAH Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.95**
- ☐ Schedule G, line _____

**Memei Ko**

---

**3.19**

**BAH Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.96**
- ☐ Schedule G, line _____

**Memei Ko**

---

**3.20**

**Binhai Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.88**
- ☐ Schedule G, line _____

**Liu Youping**

---

**3.21**

**Binhai Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.89**
- ☐ Schedule G, line _____

**Liu Youping**

---

**3.22**

**Binhai Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.95**
- ☐ Schedule G, line _____

**Memei Ko**

---

**3.23**

**Binhai Investments LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A 268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.96**
- ☐ Schedule G, line _____

**Memei Ko**

---

**3.24**

**Binhai Investments, LLC**
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A-268**

**McLean**          **VA**          **22101**
City          State          ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line   **4.92**
- ☐ Schedule G, line _____

**Mahdavi Bacon Halfhill & Young, PLLC**

---

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.25 | **Gresham Flugham** |
Name

**5425 Wisconsin Ave.**
Number    Street

**Suite 600**

**Chevy Chase**    **MD**    **20815**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.210**
☐ Schedule G, line _____

**Yueping Du**

| 3.26 | **Gresham Fulgham** |
Name

**5425 Wisconsin Ave.**
Number    Street

**Suite 600**

**Chevy Chase**    **MD**    **20815**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.28**
☐ Schedule G, line _____

**Fei Chen**

| 3.27 | **QDE 14, LLC** |
Name

**1390 Chain Bridge Rd.**
Number    Street

**Suite A268**

**McLean**    **VA**    **22101**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.147**
☐ Schedule G, line _____

**Wei Xiong**

| 3.28 | **QDEF 16, LLC** |
Name

**7925 Jones Branch Dr.**
Number    Street

**Suite 4350**

**Tysons Corner**    **VA**    **22102**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.107**
☐ Schedule G, line _____

**Pillar Investments LLC**

| 3.29 | **Qidian LLC** |
Name

**7925 Jones Branch Dr.**
Number    Street

**Suite 4350**

**Tysons Corner**    **VA**    **22102**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.59**
☐ Schedule G, line _____

**Jie Du**

| 3.30 | **Qidian LLC** |
Name

**7925 Jones Branch Dr.**
Number    Street

**Suite 4350**

**McLean**    **VA**    **22102**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.11**
☐ Schedule G, line _____

**BMW Financial Services**

| 3.31 | **Qidian LLC** |
Name

**7925 Jones Branch Dr.**
Number    Street

**Suite 4350**

**McLean**    **VA**    **22102**
City    State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  **4.92**
☐ Schedule G, line _____

**Mahdavi Bacon Halfhill & Young, PLLC**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.32**

**Qidian LLC**
Name

**7925 Jones Branch Dr.**
Number     Street

**Suite 4350**

**McLean**                    **VA**    **22102**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.135**
- [ ] Schedule G, line _____

**Small Business Administration**

**3.33**

**Qidian LLC**
Name

**7925 Jones Branch Drive**
Number     Street

**Suite 4350**

**McLean**                    **VA**    **22102**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.67**
- [ ] Schedule G, line _____

**Jinhua Yang**

**3.34**

**Qidian LLC**
Name

**1390 Chain Bridge Rd.**
Number     Street

**Suite A 268**

**McLean**                    **VA**    **22101**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.89**
- [ ] Schedule G, line _____

**Liu Youping**

**3.35**

**Qidian LLC**
Name

**1390 Chain Bridge Rd.**
Number     Street

**Suite A 268**

**McLean**                    **VA**    **22101**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.96**
- [ ] Schedule G, line _____

**Memei Ko**

**3.36**

**Qidian, LLC**
Name

**7925 Jones Branch Dr.**
Number     Street

**Suite 4350**

**Tysons Corner**            **VA**    **22102**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.210**
- [ ] Schedule G, line _____

**Yueping Du**

**3.37**

**Qidian, LLC**
Name

**7925 Jones Branch Dr.**
Number     Street

**Suite 4350**

**Tysons Corner**            **VA**    **22102**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.28**
- [ ] Schedule G, line _____

**Fei Chen**

**3.38**

**Qidian, LLC**
Name

**7925 Jones Branch Dr.**
Number     Street

**Suite 4350**

**McLean**                    **VA**    **22102**
City                        State    ZIP Code

- [ ] Schedule D, line _____
- [x] Schedule E/F, line   **4.191**
- [ ] Schedule G, line _____

**Yifan Li**

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |
| --- | --- | --- | --- |

## Additional Page to List More Codebtors

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.39**

**Qidian, LLC**
Name

**7925 Jones Branch Dr.**
Number       Street

**Suite 4350**

**McLean**                **VA**        **22102**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.121**
☐ Schedule G, line _____
**Rong Yi**

---

**3.40**

**Qidian, LLC**
Name

**1390 Chain Bridge Rd.**
Number       Street

**Suite A 268**

**McLean**                **VA**        **22101**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.88**
☐ Schedule G, line _____
**Liu Youping**

---

**3.41**

**Qidian, LLC**
Name

**1390 Chain Bridge Rd.**
Number       Street

**Suite A 268**

**McLean**                **VA**        **22101**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.95**
☐ Schedule G, line _____
**Memei Ko**

---

**3.42**

**Qpoint 19, LLC**
Name

**1390 Chain Bridge Rd.**
Number       Street

**Suite A 268**

**McLean**                **VA**        **22101**
City                State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.151**
☐ Schedule G, line _____
**Wenhui Li**

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bin** | | **Hao** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number (if known) | **22-10478-BFK** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | Consultant | |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number  Street | Number  Street |
| | | |
| | | |
| | City        State  Zip Code | City        State  Zip Code |
| **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,000.00** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$2,000.00** | |

| Debtor 1 | **Bin Hao** | | Case number (if known) | **22-10478-BFK** |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here ............................................................. ➔ | | 4. | **$2,000.00** | _____ |
| **5.** | **List all payroll deductions:** | | | |
| | **5a.** Tax, Medicare, and Social Security deductions | 5a. | **$446.88** | _____ |
| | **5b.** Mandatory contributions for retirement plans | 5b. | **$0.00** | _____ |
| | **5c.** Voluntary contributions for retirement plans | 5c. | **$0.00** | _____ |
| | **5d.** Required repayments of retirement fund loans | 5d. | **$0.00** | _____ |
| | **5e.** Insurance | 5e. | **$0.00** | _____ |
| | **5f.** Domestic support obligations | 5f. | **$0.00** | _____ |
| | **5g.** Union dues | 5g. | **$0.00** | _____ |
| | **5h.** Other deductions. Specify: _____ | 5h.**+** | **$0.00** | _____ |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$446.88** | _____ |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$1,553.12** | _____ |
| **8.** | **List all other income regularly received:** | | | |
| | **8a.** Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | _____ |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b.** Interest and dividends | 8b. | **$1,994.78** | _____ |
| | **8c.** Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | _____ |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d.** Unemployment compensation | 8d. | **$0.00** | _____ |
| | **8e.** Social Security | 8e. | **$0.00** | _____ |
| | **8f.** Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | _____ |
| | **8g.** Pension or retirement income | 8g. | **$0.00** | _____ |
| | **8h.** Other monthly income. Specify: _____ | 8h.**+** | **$0.00** | _____ |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$1,994.78** | _____ |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$3,547.90** + | _____ = **$3,547.90** |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____    11.  +    **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.    12.    **$3,547.90**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  | Debtor may increase consulting income |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bin** | | **Hao** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** | | |
| Case number | **22-10478-BFK** | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**    ☒ No

   Do not list Debtor 1 and Debtor 2.    ☐ Yes. Fill out this information for each dependent..................

   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☒ No

   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.**    4.    **$1,650.00**
   Include first mortgage payments and any rent for the ground or lot.

   **If not included in line 4:**

   4a.   Real estate taxes    4a.    _____

   4b.   Property, homeowner's, or renter's insurance    4b.    _____

   4c.   Home maintenance, repair, and upkeep expenses    4c.    _____

   4d.   Homeowner's association or condominium dues    4d.    _____

| Debtor 1 | **Bin Hao** | Case number (if known) | __22-10478-BFK__ |
|---|---|---|---|

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$60.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$50.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$155.00** |
| | 6d.  Other. Specify:  __Living Expenses__ | 6d. | **$200.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | |
| 10. | **Personal care products and services** | 10. | **$60.00** |
| 11. | **Medical and dental expenses** | 11. | |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$120.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$20.00** |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$215.69** |
| | 15b.  Health insurance | 15b. | **$226.86** |
| | 15c.  Vehicle insurance | 15c. | **$150.00** |
| | 15d.  Other insurance. Specify:  **Loan payment to Transamerica** | 15d. | **$300.00** |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | **$1,156.06** |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other. Specify: | 17c. | |
| | 17d.  Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | **$3,333.50** |
| 19. | **Other payments you make to support others who do not live with you.** Specify:  **Support for Children** | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

Debtor 1    **Bin Hao** _____    Case number (if known)   **22-10478-BFK** _____

**21. Other.** Specify: _____    21. **+** _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. **$8,197.11** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. **$8,197.11** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. **$3,547.90** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** **$8,197.11** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. **($4,649.21)** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.   Explain here:
**Debtor's monthly domestic support obligation may decrease**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bin** | **Hao** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number **22-10478-BFK**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
|    1a. Copy line 55, Total real estate, from Schedule A/B............................................... | **$0.00** |
|    1b. Copy line 62, Total personal property, from Schedule A/B.................................. | **$55,962.39** |
|    1c. Copy line 63, Total of all property on Schedule A/B.......................................... | **$55,962.39** |

### Part 2:    Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$58,421.47** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................ | **$143,222.67** |
|    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................ | **+ $41,036,022.97** |
| **Your total liabilities** | **$41,237,667.11** |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I........................................................... | **$3,547.90** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J............................................................. | **$8,197.11** |

| Debtor 1 | **Bin Hao** | Case number (if known) | **22-10478-BFK** |

---

**Part 4:**     **Answer These Questions for Administrative and Statistical Records**

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

                                                                          **Total claim**

   **From Part 4 on *Schedule E/F,* copy the following:**

   9a.  Domestic support obligations.  (Copy line 6a.)                    _____

   9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)   _____

   9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)   _____

   9d.  Student loans.  (Copy line 6f.)                                   _____

   9e.  Obligations arising out of a separation agreement or divorce that you did not report as   _____
        priority claims.  (Copy line 6g.)

   9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)   **+** _____

   9g.  **Total.**  Add lines 9a through 9f.                             _____

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Bin** | **Hao** |
| | First Name | Middle Name | Last Name |

| | | |
|---|---|---|
| Debtor 2 | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number **22-10478-BFK**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Bin Hao**                                    X _____
Bin Hao, Debtor 1                                       Signature of Debtor 2

Date  **05/16/2022**                                 Date _____
MM / DD / YYYY                                          MM / DD / YYYY