**SUPPLEMENTAL STATEMENT**
**ATTACHMENT TO SCHEDULE H (CO-DEBTORS)**
**LIST OF QIDIAN SUBSIDIARIES/SPV'S**

| Creditor Name | Subsidiary/SPV | SPV Address |
|---|---|---|
| Ao Zhang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Li | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Xia | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Capital Realty | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Constance Properties | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xunying Zhao | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Dongwang Sun | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Fei Chen | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haiguang Cheng | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haotian Wu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haoying Chen | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xudong Jiang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hua Zhao | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Du | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Wang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| James C. Fu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jianzhen Zheng | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jie Ruan | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lei Wang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lijun Xiong | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ling Lu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ling Wang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lingning Yao | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Minghui Xu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Na Yanqiu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Nan Yu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ning Mi | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Panpan Shi | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Pengfei Liu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Rongze Qiao | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ruoyun Li | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Shujian Wang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Shunzhe Xie | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Unisolus Inc | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wei Song | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Weidong Niu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaoyu Tian | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaoyuan Chen | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| Name | Entity | Address |
|---|---|---|
| Xin Yu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Y & H Solutions | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sara Shone | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yangyang Zhang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ye Wu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yingyun Mao | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yiping Feng | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yiqun Shan | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yong Gao | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yu Gu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yu Gu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yu Gu | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yuan Liang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yueping Du | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yueping Du | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yun Ma | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yuru Lang | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhihao Lin | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhiheng Li | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhong Xie | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhong Xie | QDD 14 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bev Yue Li | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Constance Properties | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xunying Zhao | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haihui Guo | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Wang | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Huijuan Wang | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lei Gong | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Leping Jia Wallace | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Leping Jia Wallace | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Libo Zhang | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ling Xu | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Mei Gao | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Nan Yu | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Qiao Hua | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Rong Yi | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Shuxian An | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wenqin Feng | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaobing Wu | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaobing Wu | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaomin Fan | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaopo Liu | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| Name | Entity | Address |
|---|---|---|
| Xinya Liu | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yifan Li | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yihe Wang | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ying Zhai | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yuhui Lang | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhigang Yang | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhiheng Li | QDD 15 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Li | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268,  McLean, VA 22101 |
| Haiyan Liu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haotian Wu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| He Li | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hua Shi Asset | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xuan Zhang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Wang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Huijuan Wang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| James Chien Hu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ji Li | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinan Dong | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinguo Tong | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinhua Yang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lily Du | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ling Lu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Michelle Liang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Molly Zhou | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Pengfei Liu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ping Yang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Qiaoyan Shi | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Shan Yu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Tong Wu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Tongxiao Zhang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Washington One Capitals Corp | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wei He | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wei Song | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wei Yang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wei Yang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Weidong Niu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaobing Wu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaorong Lu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaorong Lu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xin Yu | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Y & H Solutions | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| Name | Entity | Address |
|---|---|---|
| Sara Shone | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yanran Shi | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ying Wang | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhifan Jin | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhihao Lin | QDE 11 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bev Yue Li | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Li | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bo Yuan | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Changhao Yang | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| DataPro Investments | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Qian Gu | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Donyun Mao | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Goldmine Resources | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ziaomeng Lian | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hongqin Zhang | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hua Shi Asset | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xuan Zhang | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Du | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Du | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| James Hu | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinan Dong | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Kuei-ying Chu | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lei Yuan | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Liewei Sha | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lucas Han | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Michelle Liang | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Minghui Xu | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Rong Yi | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Siyu Li | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaojing Liu | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xuandong Zhao | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yan Gao | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yangyang Zhang | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yaoming Cheng | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yiming Huang | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yongyi Liu | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yuan Lei | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhibin He | QDE 12 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Dian Zhou | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Du | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| J&H Investment | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinhua Yang | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| Name | Entity | Address |
|---|---|---|
| Jiqiang Zhang | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jun Li | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Liewei Sha | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Minghui Xu | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Peng Wang | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Y & H Solutions | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sara Shone | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yang Gerlach | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yangyang Zhang | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yanyi Du | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Mei Qin | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ye Yuan | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ying Zhang | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yiping Feng | QDE 18 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bo Yuan | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| DataPro Investments | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Qian Gu | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ding Wang | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Dongwang Sun | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Duke Capitals | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haiyan Liu | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haotian Wu | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hong Huang | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Du | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hui Wang | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jie Ruan | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinan Dong | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinguo Tong | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jun Leng | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jun Li | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Leping Jia Wallace | QDEF 16 LLC | 1390 Chain Bridge Rd.. Suite A-268, McLean, VA 22101 |
| Lujin Zhang | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Peng Wang | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Pillar Investment LLC | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| QiHong Wang | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ruoyun Li | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ruyun Deng | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Washington One Capitals Corp | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaobing Wu | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaohua Cheng | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaoying Li | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| Name | Entity | Address |
|---|---|---|
| Y & H Solutions | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sara Shone | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yan Qi | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhihao Lin | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhizhi Zhou | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhong Xie | QDEF 16 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bev Yue Li | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Li | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Binxuan Qin | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bixiang Ren | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| DataPro Investments | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Gian Gu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Guanqiang Tan | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hong Huang | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jeff J Gu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jianjun Wang | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jianzhen Guo | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jun Leng | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lei Yuan | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lijun Xiong | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lin Xu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Rongze Qiao | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wenyong Du | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaobing Wu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaohua Cheng | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaoyuan Chen | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xin Liu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xueqing Xue | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Y & H Solutions | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sara Shone | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yang Lu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yangyang Zhang | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yanran Shi | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yawei Wang | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ye Wu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yingxin Liu | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yiping Feng | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yulin Zhong | QPoint 19 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bev Yue Li | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Li | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Droplet | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Fanyu Guo | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| Name | Entity | Address |
|---|---|---|
| Ge An | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hong Huang | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hong Huang | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hua Gu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| J&H Investment | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jeff J Gu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jupiter Holdings LLC | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lei Wang | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Liewei Sha | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lin Xu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Lujin Zhang | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Muchen Zhu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sha Jin | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sunflower | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Tongxiao Zhang | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Washington One Capitals Corp | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Weidong Niu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xiaobing Wu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Xuhui Zhao | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Sara Shone | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Y & H Solutions | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yan Huo | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yan Qi | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yan Qi | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yi Xu | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhen Zhong | QPoint 20 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Bing Li | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Haiguang Cheng | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Hong Huang | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| James C. Fu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| James Chien Hu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jinan Dong | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jing He | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Kuei-ying Chu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Pengfei Liu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Qiufeng Cai | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Jian Chen | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Rita Bei Wang | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ruo Yong | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Ruyun Deng | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Shan Yu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |

| | | |
|---|---|---|
| Shuxian An | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Wei Song | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yan Gao | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yang Lu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yi Xu | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yixin Jia | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yueping Du | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Yuru Zhong | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |
| Zhiheng Li | QPoint 23 LLC | 1390 Chain Bridge Rd., Suite A-268, McLean, VA 22101 |