**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: | |
| BIN HAO | Case No. 22-10478-BFK<br>Chapter 7 |
| Debtor | |

**ORDER PARTIALLY GRANTING TRUSTEE'S MOTION
TO APPROVE INTERIM DISTRIBUTION TO CREDITORS
BY APPROVING PAYMENT OF COMPENSATION TO
FORMER SUBCHAPTER V TRUSTEE AND SUBCHAPTER V
COMPENSATION TO COUNSEL FOR THE DEBTOR**

Upon consideration of the Trustee's Motion to Approve Interim Distribution to Creditors (Docket No. 633) (the "Motion"), and after notice to all parties entitled to notice, and the deadline to object having expired on February 3, 2026, and no objections having been filed thereto, and after a hearing thereon, and for good cause shown, it is hereby

ORDERED that the Motion is granted to the extent that the Trustee is authorized to pay the previously approved compensation for the former Subchapter V Trustee, Angela L. Shortall, in the amount of $17,900.00 and reimbursement of expenses in the amount of $361.09, as approved in the Order Granting First and Final Application of Former Subchapter V Trustee for Compensation and Reimbursement of Expenses (Docket No. 432), out of the funds in the bankruptcy estate; and it is further

ORDERED that the Motion is also granted to the extent that Trustee is authorized to pay the approved and unpaid Subchapter V compensation for counsel to the Debtor, John P. Forest,

Janet M. Meiburger, VA State Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
Counsel for Chapter 7 Trustee

in the total amount of $17,174.52, and reimbursement of expenses in the amount of $549.39, as approved in the Order on Application for Compensation (Docket No. 174) and the Order on Second and Final Application for Compensation (Docket No. 652), out of the funds in the bankruptcy estate; and it is further

ORDERED that the hearing on the remainder of the Trustee's Motion to Approve Interim Distribution to Creditors is continued to **March 17, 2026, at 9:30 a.m.**

Date: Feb 13 2026

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Feb 13 2026

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee

SEEN:

/s/ Angela L. Shortall
Angela L. Shortall
3Cubed Advisory Services, LLC
348 Thomspon Creek Mall, Suite 339
Stevensville, MD 21666
Phone: (410) 200-3465
Former Subchapter V Trustee

SEEN:

/s/ John P. Forest, II
John P. Forest, II, VA Bar No. 33089
11350 Random Hills Road, Suite 700

Fairfax, Virginia 22030
Phone: (703) 691-4940
Counsel to the Debtor

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Partially Granting Trustee's Motion to Approve Interim Distribution to Creditors by Approving Payment of Compensation to Former Subchapter V Trustee and Subchapter V Compensation to Counsel for the Debtor has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE