**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| BIN HAO | ) | Case No. 22-10478-BFK<br>Chapter 7 |
| Debtor | ) | |

**UPDATED PROPOSED DISTRIBUTION EXHIBIT TO TRUSTEE'S**
**MOTION TO APPROVE INTERIM DISTRIBUTION TO CREDITORS**

Janet M. Meiburger, Chapter 7 Trustee, by and through her undersigned counsel, hereby files the attached updated proposed distribution exhibit (Exhibit A hereto) (the "Updated Proposed Distribution Report") to the Trustee's Motion to Approve Interim Distribution to Creditors (Docket No. 633), and in support thereof states as follows:

1. On January 13, 2026, the Trustee filed the Trustee's Motion to Approve Interim Distribution to Creditors (Docket No. 633) (the "Interim Distribution Motion"). The Interim Distribution Motion requested approval to distribute $550,000.00 as an interim distribution to creditors. Attached to the Interim Distribution Motion as Exhibit B was a proposed distribution report showing how the $550,000.00 would be distributed (the "Original Proposed Distribution Report").

2. Also on January 13, 2026, the Trustee filed her First Interim Application for Compensation to the Trustee (Docket No. 637) (the "Trustee Compensation Application"). The Trustee Compensation Application requested a trustee commission of $40,507.51 based on

Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
(703) 556-7871
Counsel to Chapter 7 Trustee

previous disbursements of $195,150.16 and the proposed additional disbursements of $550,000.00.

3. On January 16, 2026, the Trustee filed an amended proposed distribution report (Docket No. 640) (the "Amended Proposed Distribution Report"). The Amended Proposed Distribution Report included the approved and unpaid Subchapter V fees and expenses of counsel to the Debtor, John Forest, in the amount of $9,089.52, which were inadvertently omitted from the Original Proposed Distribution Report.

4. Thereafter, the Court approved the Trustee's attorney fee application in the amount of $20,692.50 and expenses in the amount of $2,474.71 (Docket No. 655) and the second fee application of counsel to the Debtor, John Forest, for services rendered during the Subchapter V phase of this case, in the amount of $8,085.00 in fees and $549.39 in expenses (Docket No. 652). The Court also approved the payment of the Chapter 11, Subchapter V professional fees, consisting of the unpaid fees and expenses from Mr. Forest's first and second fee applications, in the aggregate amount of $17,174.52 for fees and $549.39 for expenses, and the fees and expenses of the former Subchapter V Trustee, Angela L. Shortall, in the amount of $17,900.00 in fees and $361.09 in expenses (Docket No. 654). These approved professional fees and expenses have now been paid.

5. In addition, three motions to allow late filed claims as timely were filed (Docket Nos. 643, 660 and 661). These motions were denied after a hearing thereon (Docket Nos. 670, 678 and 679). These orders were not appealed, the time to appeal expired on April 22, 2026, and the orders have become final.

6. The Trustee would like to point out the following aspects of the attached Updated Proposed Distribution Report:

a. The Updated Distribution Report reflects the payment of the professional fees described in Paragraph 4 above.

b. The amount to be distributed to unsecured creditors as shown on the Updated Proposed Distribution Report is less than the amount to be distributed to unsecured creditors as shown on the Amended Proposed Distribution Report because the Updated Proposed Distribution Report reflects the payment of Mr. Forest's additional fees and expenses pursuant to the order approving his second Subchapter V fee application.

c. The total amount disbursed and to be disbursed in connection with the Interim Distribution Motion is the same, $550,000.00.

d. As before, the Trustee commission reflects the previous disbursements of $195,150.16 and the $550,000.00 amount disbursed and to be disbursed in connection with the Interim Distribution Motion. Therefore, the Trustee commission of $40,507.51 did not change.

e. The Updated Proposed Distribution Report includes a correction in the amount of Claim 15. Claim 15 was originally filed in the amount of $238,200.00 but was amended to increase the claim amount to $253,950.00. The increased claim amount had not been reflected in the Trustee's software, so the Amended Proposed Distribution Report still showed the claim amount as $238,200.00. This has now been corrected, and the claim amount is shown as $253,950.00 on the Updated Proposed Distribution Report.

f. The Updated Proposed Distribution Report corrects a $.40 error in the aggregate amount of the expenses of The Meiburger Law Firm, P.C. The

Amended Proposed Distribution Report showed aggregate expenses in the amount of $8,278.72 and the amount remaining to be paid in the amount of $2,474.31. The Updated Proposed Distribution Report shows the correct amounts as $8,279.12 and $2,474.71, respectively. The Updated Proposed Distribution Report is consistent with the amount that was approved by the Court and that has now been paid.

g. The claims of the three creditors who filed motions to have their claims considered timely, Claims 80, 83 and 84, are shown as allowed but tardy. Therefore, these claims do not receive a distribution.

Respectfully submitted,

THE MEIBURGER LAW FIRM, P.C.

Dated: April 23, 2026

By: /s/ Janet M. Meiburger

Janet M. Meiburger, Esq., VSB No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22101
(703) 556-7871
Counsel to Chapter 7 Trustee

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 23rd day of April, 2026, a true and correct copy of the foregoing Updated Proposed Distribution Exhibit to Trustee's Motion to Approve Interim Distribution to Creditors will be served by ECF e-mail pursuant to the applicable Standing Order of the Court.

/s/ Janet M. Meiburger
Janet M. Meiburger

J:\Trustee\Hao, Bin (22-10478)\Pleadings\Interim Distribution Motion.Updated Exhibit B.1.docx

# EXHIBIT A

## Claims Proposed Distribution

### Case: 22-10478 BIN HAO

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 52-5 | Shunzhe Xie | 100 | Secured | 0.00 % | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602,304.64 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 597). | | | | | | | | | |
| 53-5 | Jing He | 100 | Secured | 0.00 % | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602,304.64 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 593). | | | | | | | | | |
| Total for Priority 100: | | 0% Paid | | | $ 100,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| Total for Secured Claims: | | 0% Paid | | | $ 100,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| ACCNT-EXP | BARRY STRICKLAND & COMPANY | 200 | Admin Ch. 7 | 0.00 % | $180.20 | $180.20 | $180.20 | $0.00 | $0.00 | $602,304.64 |
| | <3420-00 Accountant for Trustee Expenses (Other Firm)> | | | | | | | | | |
| **Claim Memo:** | ALLOWED AND PAID (DOCKET NO. 589).<br>8/14/25 Application for Compensation 4/23-7/25 (Doc 566). | | | | | | | | | |
| ACCNT-FEE | BARRY STRICKLAND & COMPANY | 200 | Admin Ch. 7 | 0.00 % | $9,512.95 | $9,512.95 | $9,512.95 | $0.00 | $0.00 | $602,304.64 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | | | |
| **Claim Memo:** | 9/26/25 Order Approving Interim Compensation and Reimbursement of Expenses (Doc 589)<br>8/14/25 Application for Compensation 4/23-7/25 (Doc 566) | | | | | | | | | |
| ATTYEXP | The Meiburger Law Firm P.C. | 200 | Admin Ch. 7 | 0.00 % | $8,279.12 | $8,279.12 | $8,279.12 | $0.00 | $0.00 | $602,304.64 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | | | |
| **Claim Memo:** | $2474.71 ALLOWED AND PAID (DOCKET NO. 655).<br>$5804.41 ALLOWED AND PAID (DOCKET NO. 529). | | | | | | | | | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| ATTYFEE | The Meiburger Law Firm P.C. | 200 | Admin Ch. 7 | 0.00 % | $57,767.50 | $57,767.50 | $57,767.50 | $0.00 | $0.00 | $602,304.64 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | | | |
| **Claim Memo:** | $20,692.50 ALLOWED AND PAID (DOCKET NO. 655).<br>$37,075.00 ALLOWED AND PAID (DOCKET NO. 529). | | | | | | | | | |
| COURT | U.S. Bankruptcy Court | 200 | Admin Ch. 7 | 100.00 % | $350.00 | $350.00 | $0.00 | $350.00 | $350.00 | $601,954.64 |
| | <2700-00 Clerk of the Court Costs> | | | | | | | | | |
| **Claim Memo:** | DEFERRED FILING FEE FOR ADV. CASE 24-01020 Doc 524. | | | | | | | | | |
| FEE | Janet M. Meiburger | 200 | Admin Ch. 7 | 100.00 % | $40,507.51 | $40,507.51 | $0.00 | $40,507.51 | $40,507.51 | $561,447.13 |
| | <2100-00 Trustee Compensation> | | | | | | | | | |
| **Claim Memo:** | Amount Requested in First Interim Application for Compensation to the Trustee filed 1/13/26 Doc 637 | | | | | | | | | |
| SCEXP | Matthew A. Clary, III | 200 | Admin Ch. 7 | 0.00 % | $1,657.63 | $1,657.63 | $1,657.63 | $0.00 | $0.00 | $561,447.13 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | | | |
| **Claim Memo:** | ALLOWED AND PAID (DOCKET NO. 530). | | | | | | | | | |
| SCFEE | Matthew A. Clary, III | 200 | Admin Ch. 7 | 0.00 % | $111,792.50 | $111,792.50 | $111,792.50 | $0.00 | $0.00 | $561,447.13 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | | | |
| **Claim Memo:** | ALLOWED AND PAID (DOCKET NO. 530). | | | | | | | | | |
| Total for Priority 200: | | 100.00% Paid | | | $ 230,047.41 | $ 230,047.41 | $ 189,189.90 | $ 40,857.51 | $ 40,857.51 | |
| Total for Admin Ch. 7 Claims: | | 100.00% Paid | | | $ 230,047.41 | $ 230,047.41 | $ 189,189.90 | $ 40,857.51 | $ 40,857.51 | |

Printed: 04/10/2026 12:16 PM Page: 3

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| DA-Exp. | John P. Forest, II | 300 | Admin Ch. 11 | 0.00 % | $4,358.91 | $549.39 | $549.39 | $0.00 | $0.00 | $561,447.13 |

<6220-17 Attorney for D-I-P Expenses (Chapter 11)>

**Claim Memo:** ALLOWED AND PAID. Order Approving Second/Final Application for Compensation 8/1/22-9/6/22 = Fees $8,085.00 + Expenses $549.39 (Docket No. 652). Order Approving First Application for Compensation 4/20/22-7/31/22 = Fees $22,820.00 + Expenses $3,809.52 (Docket No. 174). Amount received per initial Second Fee Application (Docket No. 397) -- $17,000.00, consisting of $15,000 retainer (Docket No. 29) plus $2,000 Debtor payment. Of this amount, $3,809.52 was applied to approved expenses and $13,190.48 was applied to approved attorney fees, leaving balance due on the First Application of $9,089.52.

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| DA-Fee | John P. Forest, II | 300 | Admin Ch. 11 | 0.00 % | $30,905.00 | $17,174.52 | $17,174.52 | $0.00 | $0.00 | $561,447.13 |

<6210-16 Attorney for D-I-P Fees (Chapter 11)>

**Claim Memo:** ALLOWED AND PAID. Order Approving Second/Final Application for Compensation 8/1/22-9/6/22 = Fees $8,085.00 + Expenses $549.39 (Docket No. 652). Order Approving First Application for Compensation 4/20/22-7/31/22 = Fees $22,820.00 + Expenses $3,809.52 (Docket No. 174). Amount received per initial Second Fee Application (Docket No. 397) -- $17,000.00, consisting of $15,000 retainer (Docket No. 29) plus $2,000 Debtor payment. Of this amount, $3,809.52 was applied to approved expenses and $13,190.48 was applied to approved attorney fees, leaving balance due on the First Application of $9,089.52.

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| SUBVTEEEXP | Angela L. Shortall | 300 | Admin Ch. 11 | 0.00 % | $361.09 | $361.09 | $361.09 | $0.00 | $0.00 | $561,447.13 |

<6102-00 Prior Chapter Trustee Expenses>

**Claim Memo:** ALLOWED AND PAID (DOCKET NO. 432).

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| SUBVTEEFEE | Angela L. Shortall | 300 | Admin Ch. 11 | 0.00 % | $17,900.00 | $17,900.00 | $17,900.00 | $0.00 | $0.00 | $561,447.13 |

<6101-00 Prior Chapter Trustee Compensation >

**Claim Memo:** ALLOWED AND PAID (DOCKET NO. 432).

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Priority 300: | | 100.00% Paid | | | $ 53,525.00 | $ 35,985.00 | $ 35,985.00 | $ 0.00 | $ 0.00 | |
| Total for Admin Ch. 11 Claims: | | 100.00% Paid | | | $ 53,525.00 | $ 35,985.00 | $ 35,985.00 | $ 0.00 | $ 0.00 | |
| 64 | Ashley Yuan | 500 | Priority | 0.00 % | $78,166.67 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| 70 | Ashley Yuan | 500 | Priority | 0.00 % | $78,166.67 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| Total for Priority 500: | | 0% Paid | | | $ 156,333.34 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| 56 | Beverly Li Yue | 520 | Priority | 0.00 % | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | AMENDED BY CLAIM 75-4. | | | | | | | | | |
| 57 | Beverly Li Yue | 520 | Priority | 0.00 % | $215,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | AMENDED BY CLAIM 75-4. | | | | | | | | | |
| Total for Priority 520: | | 0% Paid | | | $ 265,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| 3-3 | Internal Revenue Service | 570 | Priority | 100.00 % | $55,099.00 | $55,099.00 | $0.00 | $55,099.00 | $55,099.00 | $506,348.13 |
| 69 | Ashley Yuan | 570 | Priority | 0.00 % | $78,166.67 | $0.00 | $0.00 | $0.00 | $0.00 | $506,348.13 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| Total for Priority 570: | | 100.00% Paid | | | $ 133,265.67 | $ 55,099.00 | $ 0.00 | $ 55,099.00 | $ 55,099.00 | |
| Total for Priority Unsecured | | 100.00% Paid | | | $ 554,599.01 | $ 55,099.00 | $ 0.00 | $ 55,099.00 | $ 55,099.00 | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Discover Bank | 610 | Unsecured | 3.56 % | $7,899.10 | $7,899.10 | $0.00 | $7,899.10 | $281.26 | $506,066.87 |
| 2-3 | BMW Financial Services NA, LLC c/o AIS Portfolio S | 610 | Unsecured | 3.56 % | $14,547.45 | $14,547.45 | $0.00 | $14,547.45 | $517.98 | $505,548.89 |
| 4 | Wells Fargo Bank, N.A. | 610 | Unsecured | 3.56 % | $551.41 | $551.41 | $0.00 | $551.41 | $19.63 | $505,529.26 |
| 5-2 | American Express National Bank | 610 | Unsecured | 3.56 % | $12,454.91 | $12,454.91 | $0.00 | $12,454.91 | $443.47 | $505,085.79 |
| 6 | American Express National Bank | 610 | Unsecured | 3.56 % | $700.84 | $700.84 | $0.00 | $700.84 | $24.95 | $505,060.84 |
| 7 | American Express National Bank | 610 | Unsecured | 3.56 % | $6,272.34 | $6,272.34 | $0.00 | $6,272.34 | $223.33 | $504,837.51 |
| 8 | Wei Song | 610 | Unsecured | 3.56 % | $608,426.49 | $608,426.49 | $0.00 | $608,426.49 | $21,663.81 | $483,173.70 |
| 9U | Liewei Sha | 610 | Unsecured | 3.56 % | $200,000.00 | $200,000.00 | $0.00 | $200,000.00 | $7,121.26 | $476,052.44 |
| **Claim Memo:** | DISALLOWED AS PRIORITY BUT ALLOWED AS UNSECURED (DOCKET NO. 596). | | | | | | | | | |
| 10 | Jiazhen Guo | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $472,491.81 |
| 11 | Constance Properties LLC | 610 | Unsecured | 0.00 % | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $472,491.81 |
| **Claim Memo:** | AMENDED BY CLAIM 55-3. | | | | | | | | | |
| 12 | Bank of America, N.A. | 610 | Unsecured | 3.56 % | $7,462.63 | $7,462.63 | $0.00 | $7,462.63 | $265.72 | $472,226.09 |
| 13-5 | Ding Wang | 610 | Unsecured | 3.56 % | $60,000.00 | $60,000.00 | $0.00 | $60,000.00 | $2,136.38 | $470,089.71 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | DISALLOWED AS PRIORITY BUT ALLOWED AS UNSECURED (DOCKET NO. 594). | | | | | | | | | |
| 14-2 | Hui Du | 610 | Unsecured | 3.56 % | $435,146.99 | $435,146.99 | $0.00 | $435,146.99 | $15,493.97 | $454,595.74 |
| 15-2 | Wenyong Du | 610 | Unsecured | 3.56 % | $253,950.00 | $253,950.00 | $0.00 | $253,950.00 | $9,042.22 | $445,553.52 |
| 16-2 | Bing Li | 610 | Unsecured | 3.56 % | $600,000.00 | $600,000.00 | $0.00 | $600,000.00 | $21,363.77 | $424,189.75 |
| 17 | Jian Chen | 610 | Unsecured | 3.56 % | $57,000.00 | $57,000.00 | $0.00 | $57,000.00 | $2,029.56 | $422,160.19 |
| **Claim Memo:** | ALLOWED AS PART OF SETTLEMENT OF ADVERSARY PROCEEDING (DOCKET NO. 559). | | | | | | | | | |
| 18 | Nan Yu | 610 | Unsecured | 3.56 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $5,340.94 | $416,819.25 |
| 19 | Qiufeng Cai | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $413,258.62 |
| 20-3 | Wei Yang | 610 | Unsecured | 3.56 % | $200,000.00 | $200,000.00 | $0.00 | $200,000.00 | $7,121.26 | $406,137.36 |
| **Claim Memo:** | DISALLOWED AS SECURED BUT ALLOWED AS UNSECURED (DOCKET NO. 629). | | | | | | | | | |
| 21-3 | Youngyi Liu | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $402,576.73 |
| **Claim Memo:** | DISALLOWED AS SECURED BUT ALLOWED AS UNSECURED (DOCKET NO. 630). | | | | | | | | | |
| 22 | Yanran Shi | 610 | Unsecured | 3.56 % | $214,601.00 | $214,601.00 | $0.00 | $214,601.00 | $7,641.14 | $394,935.59 |
| 23 | Capital One, N.A. | 610 | Unsecured | 3.56 % | $42,268.32 | $42,268.32 | $0.00 | $42,268.32 | $1,505.02 | $393,430.57 |
| 24 | Yulin Zhong | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $391,650.26 |
| 25 | Changhao Yang | 610 | Unsecured | 0.00 % | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $391,650.26 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | FILED WITH NO AMOUNT; SUPERSEDED BY CLAIM 79. | | | | | | | | | |
| 26 | Wei Xiong | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $389,869.95 |
| 27 | Yangyang Zhang | 610 | Unsecured | 3.56 % | $917,077.35 | $917,077.35 | $0.00 | $917,077.35 | $32,653.72 | $357,216.23 |
| 28 | Minghui Xu | 610 | Unsecured | 3.56 % | $1,134,884.83 | $1,134,884.83 | $0.00 | $1,134,884.83 | $40,409.03 | $316,807.20 |
| 29 | Xiaoying Li | 610 | Unsecured | 3.56 % | $152,394.18 | $152,394.18 | $0.00 | $152,394.18 | $5,426.19 | $311,381.01 |
| 30 | HSBC Bank USA,N.A. | 610 | Unsecured | 3.56 % | $21,622.46 | $21,622.46 | $0.00 | $21,622.46 | $769.90 | $310,611.11 |
| 31 | Pillar Investment, LLC | 610 | Unsecured | 3.56 % | $312,186.32 | $312,186.32 | $0.00 | $312,186.32 | $11,115.79 | $299,495.32 |
| 32-3 | Bo Yuan | 610 | Unsecured | 0.00 % | $155,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $299,495.32 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 598). | | | | | | | | | |
| 33 | Jupiter Holdings, LLC | 610 | Unsecured | 3.56 % | $227,045.67 | $227,045.67 | $0.00 | $227,045.67 | $8,084.25 | $291,411.07 |
| 34 | Beverly Li | 610 | Unsecured | 0.00 % | $113,666.66 | $0.00 | $0.00 | $0.00 | $0.00 | $291,411.07 |
| **Claim Memo:** | AMENDED BY CLAIM 75-4. | | | | | | | | | |
| 35 | James Chien Hu | 610 | Unsecured | 3.56 % | $200,000.00 | $200,000.00 | $0.00 | $200,000.00 | $7,121.26 | $284,289.81 |
| 36 | Lijun Xiong | 610 | Unsecured | 3.56 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $5,340.94 | $278,948.87 |
| 37-1 | Dian Zhou | 610 | Unsecured | 3.56 % | $108,000.00 | $108,000.00 | $0.00 | $108,000.00 | $3,845.48 | $275,103.39 |
| 38-4 | Memei Ko c/o Youping Liu | 610 | Unsecured | 0.00 % | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,103.39 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | DISALLOWED (DOCKET NO. 600). | | | | | | | | | |
| 39-4 | Memei Ko c/o Youping Liu | 610 | Unsecured | 0.00 % | $30,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,103.39 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 600). | | | | | | | | | |
| 40 | Synchrony Bank | 610 | Unsecured | 3.56 % | $4,608.90 | $4,608.90 | $0.00 | $4,608.90 | $164.11 | $274,939.28 |
| 41-4 | Fanyu Guo | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $271,378.65 |
| **Claim Memo:** | DISALLOWED AS PRIORITY BUT ALLOWED AS UNSECURED (DOCKET NO. 595). | | | | | | | | | |
| 42 | Sunflower Investment and Consulting Corp. | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $269,598.34 |
| 43 | Lucas Han | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $267,818.03 |
| 44 | Zhibin He | 610 | Unsecured | 3.56 % | $99,802.74 | $99,802.74 | $0.00 | $99,802.74 | $3,553.60 | $264,264.43 |
| 45-2 | Bo Yuan | 610 | Unsecured | 3.56 % | $159,139.26 | $159,139.26 | $0.00 | $159,139.26 | $5,666.36 | $258,598.07 |
| 46 | Jie Du | 610 | Unsecured | 3.56 % | $940,583.33 | $940,583.33 | $0.00 | $940,583.33 | $33,490.68 | $225,107.39 |
| 47 | J&H Investments LLC | 610 | Unsecured | 3.56 % | $575,000.00 | $575,000.00 | $0.00 | $575,000.00 | $20,473.61 | $204,633.78 |
| 48-5 | Yawei Wang | 610 | Unsecured | 0.00 % | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $204,633.78 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 599). | | | | | | | | | |
| 49-3 | Zhiheng Li | 610 | Unsecured | 3.56 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $5,340.94 | $199,292.84 |
| 50-3 | Haotian Wu | 610 | Unsecured | 3.56 % | $125,000.00 | $125,000.00 | $0.00 | $125,000.00 | $4,450.79 | $194,842.05 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Yuru Zhong | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $193,061.74 |
| 54 | Yun Ma | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $191,281.43 |
| 55-3 | Constance Properties LLC | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $187,720.80 |
| **Claim Memo:** AMENDS CLAIM 11. | | | | | | | | | | |
| 58 | LMS Associates LLC | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $184,160.17 |
| 59 | Jing He | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $182,379.86 |
| 60 | Shunzhe Xie | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $180,599.55 |
| 61-3 | Bo Yuan | 610 | Unsecured | 0.00 % | $158,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180,599.55 |
| **Claim Memo:** DISALLOWED (DOCKET NO. 598). | | | | | | | | | | |
| 62 | Citibank, N.A. | 610 | Unsecured | 3.56 % | $649.77 | $649.77 | $0.00 | $649.77 | $23.14 | $180,576.41 |
| 63 | Citibank, N.A. | 610 | Unsecured | 3.56 % | $15,219.12 | $15,219.12 | $0.00 | $15,219.12 | $541.90 | $180,034.51 |
| 65 | Jeff J Gu | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $176,473.88 |
| 66 | Bank of America, N.A. | 610 | Unsecured | 3.56 % | $9,845.16 | $9,845.16 | $0.00 | $9,845.16 | $350.55 | $176,123.33 |
| 67 | Memei Ko c/o Youping Liu | 610 | Unsecured | 3.56 % | $530,000.00 | $530,000.00 | $0.00 | $530,000.00 | $18,871.33 | $157,252.00 |
| 68 | Yu Gu | 610 | Unsecured | 3.56 % | $252,500.00 | $252,500.00 | $0.00 | $252,500.00 | $8,990.59 | $148,261.41 |

## Claims Proposed Distribution

### Case: 22-10478 BIN HAO

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Huijuan Wang | 610 | Unsecured | 3.56 % | $319,499.00 | $319,499.00 | $0.00 | $319,499.00 | $11,376.17 | $136,885.24 |
| 72-3 | Shuxian An | 610 | Unsecured | 3.56 % | $110,000.00 | $110,000.00 | $0.00 | $110,000.00 | $3,916.69 | $132,968.55 |
| 73 | Wei Mao, Trustee & Qingpeng Yuen Trustee | 610 | Unsecured | 0.00 % | $23,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132,968.55 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| 74 | Wei Mao, Trustee & Qingpeng Yuen Trustee | 610 | Unsecured | 0.00 % | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132,968.55 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| 75-4 | Beverly Li Yue | 610 | Unsecured | 3.56 % | $381,789.04 | $381,789.04 | $0.00 | $381,789.04 | $13,594.09 | $119,374.46 |
| **Claim Memo:** | AMENDS CLAIMS 34, 56 AND 57 AS WELL AS CLAIM 75. | | | | | | | | | |
| 76 | Prosper Marketplace Inc. | 610 | Unsecured | 3.56 % | $11,513.00 | $11,513.00 | $0.00 | $11,513.00 | $409.94 | $118,964.52 |
| 77 | Prosper Marketplace Inc. | 610 | Unsecured | 3.56 % | $18,853.26 | $18,853.26 | $0.00 | $18,853.26 | $671.29 | $118,293.23 |
| 78 | Xueqing Xu | 610 | Unsecured | 3.56 % | $115,000.00 | $115,000.00 | $0.00 | $115,000.00 | $4,094.72 | $114,198.51 |
| 79 | Changhao Yang | 610 | Unsecured | 3.56 % | $76,999.50 | $76,999.50 | $0.00 | $76,999.50 | $2,741.66 | $111,456.85 |
| **Claim Memo:** | Supersedes Claim 25 which was filed with no amount. | | | | | | | | | |
| Total for Priority 610: | | 3.56% Paid | | | $ | $ | $ 0.00 | $ 11,090,494.37 | $ 394,891.28 | |
| 80 | Jun Li | 620 | Unsecured | 0.00 % | $250,000.00 | $250,000.00 | $0.00 | $250,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Allowed as tardy (Docket No. 670). | | | | | | | | | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | Pengfei Liu | 620 | Unsecured | 0.00 % | $250,000.00 | $250,000.00 | $0.00 | $250,000.00 | $0.00 | $111,456.85 |
| 82 | Rong Yi | 620 | Unsecured | 0.00 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Allowed as tardy (Docket 679). | | | | | | | | | |
| 83-3 | Yi Xu | 620 | Unsecured | 0.00 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Allowed as tardy (Docket No. 679). | | | | | | | | | |
| 84-2 | Sha Jin | 620 | Unsecured | 0.00 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Alowed as tardy (Docket 678). | | | | | | | | | |
| 85 | Yi He Wang | 620 | Unsecured | 0.00 % | $76,999.50 | $76,999.50 | $0.00 | $76,999.50 | $0.00 | $111,456.85 |
| 86 | Shujian Wang | 620 | Unsecured | 0.00 % | $305,000.00 | $305,000.00 | $0.00 | $305,000.00 | $0.00 | $111,456.85 |
| 87 | Hua Gu | 620 | Unsecured | 0.00 % | $978,021.86 | $978,021.86 | $0.00 | $978,021.86 | $0.00 | $111,456.85 |
| 88 | Tongxiao Zhang | 620 | Unsecured | 0.00 % | $682,875.30 | $682,875.30 | $0.00 | $682,875.30 | $0.00 | $111,456.85 |
| 89-2 | Ling Lu | 620 | Unsecured | 0.00 % | $300,000.00 | $300,000.00 | $0.00 | $300,000.00 | $0.00 | $111,456.85 |
| Total for Priority 620: | | | 0% Paid | | $ 3,142,896.66 | $ 3,142,896.66 | $ 0.00 | $ 3,142,896.66 | $ 0.00 | |
| Total for Unsecured Claims: | | | 2.77% Paid | | $ | $ | $ 0.00 | $ 14,233,391.03 | $ 394,891.28 | |
| | **Total for Case:** | | **22-10478** | | $16,367,129.11 | $14,554,522.44 | $225,174.90 | $14,329,347.54 | $490,847.79 | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $283,572.41 | $266,032.41 | $225,174.90 | $40,857.51 | 100.00% |
| **Total Secured Claims:** | $100,000.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $554,599.01 | $55,099.00 | $0.00 | $55,099.00 | 100.00% |
| **Total Unsecured Claims:** | $15,428,957.69 | $14,233,391.03 | $0.00 | $394,891.28 | 2.77% |