**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE:<br><br>BIN HAO<br><br>Debtor | Case No. 22-10478-BFK<br>Chapter 7 |

**ORDER APPROVING FIRST INTERIM APPLICATION**
**FOR COMPENSATION TO THE TRUSTEE**

Upon consideration of the First Interim Application for Compensation to the Trustee (the "Application") (Docket No. 637), filed on behalf of Janet M. Meiburger, Chapter 7 Trustee (the "Trustee") in the above captioned case, and after notice to all parties entitled to notice, and the deadline to object having expired on February 3, 2026, and no objections having been filed, and after a hearing thereon, and for good cause shown, it is hereby

ORDERED that the requested interim trustee compensation of $40,507.51 is approved.

Date: Apr 27 2026

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Apr 28 2026

I ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.

Janet M. Meiburger, VA State Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
Counsel for Chapter 7 Trustee

P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Approving First Interim Application for Compensation to the Trustee has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE