**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: | |
| BIN HAO | Case No. 22-10478-BFK<br>Chapter 7 |
| Debtor | |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE INTERIM DISTRIBUTION TO CREDITORS AND APPROVING INTERIM DISTRIBUTION TO CREDITORS IN ACCORDANCE WITH THE UPDATED PROPOSED DISTRIBUTION REPORT FILED BY THE TRUSTEE**

Upon consideration of the Trustee's Motion to Approve Interim Distribution to Creditors (the "Motion") (Docket No. 633), filed on behalf of Janet M. Meiburger, Chapter 7 Trustee (the "Trustee") in the above captioned case, and after notice to all parties entitled to notice, and the deadline to object having expired on February 3, 2026, and no objections having been filed, and after a hearing thereon, and the Court having previously entered an order (Docket No. 654) partially granting the Motion to authorize the payment of Subchapter V professional fees, and the Trustee having filed an updated proposed distribution report (the "Updated Proposed Distribution Report") (Docket No. 682), and for good cause shown, it is hereby

ORDERED that the Trustee's Motion to Approve Interim Distribution to Creditors is granted; and it is further

Janet M. Meiburger, VA State Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
Counsel for Chapter 7 Trustee

ORDERED that the Trustee is authorized to make an interim distribution to creditors pursuant to the Updated Proposed Distribution Report, a copy of which is attached hereto as Exhibit A, including payment of the Trustee commission in the amount of $40,507.51.

Date: Apr 27 2026

/s/ Brian F Kenney
U.S. Bankruptcy Judge

Entered on Docket: Apr 28 2026

ASK FOR THIS:

/s/ Janet M. Meiburger
Janet M. Meiburger, Esq., VA Bar No. 31842
The Meiburger Law Firm, P.C.
P.O. Box 7264
Arlington, VA 22207
Phone: (703) 556-7871
Counsel to the Chapter 7 Trustee

Local Rule 9022-1(C) Certification

I hereby certify that the foregoing [proposed] Order Granting Trustee's Motion to Approve Interim Distribution to Creditors and Approving Interim Distribution to Creditors in Accordance with the Updated Proposed Distribution Report Filed by the Trustee has been endorsed by all necessary parties.

/s/ Janet M. Meiburger
Janet M. Meiburger

**PARTIES TO RECEIVE COPIES BY MAIL:**

NONE

# EXHIBIT A

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 52-5 | Shunzhe Xie | 100 | Secured | 0.00 % | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602,304.64 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 597). | | | | | | | | | |
| 53-5 | Jing He | 100 | Secured | 0.00 % | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $602,304.64 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 593). | | | | | | | | | |
| Total for Priority 100: | | 0% Paid | | | $ 100,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| Total for Secured Claims: | | 0% Paid | | | $ 100,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| ACCNT-EXP | BARRY STRICKLAND & COMPANY | 200 | Admin Ch. 7 | 0.00 % | $180.20 | $180.20 | $180.20 | $0.00 | $0.00 | $602,304.64 |
| | <3420-00 Accountant for Trustee Expenses (Other Firm)> | | | | | | | | | |
| **Claim Memo:** | ALLOWED AND PAID (DOCKET NO. 589).<br>8/14/25 Application for Compensation 4/23-7/25 (Doc 566). | | | | | | | | | |
| ACCNT-FEE | BARRY STRICKLAND & COMPANY | 200 | Admin Ch. 7 | 0.00 % | $9,512.95 | $9,512.95 | $9,512.95 | $0.00 | $0.00 | $602,304.64 |
| | <3410-00 Accountant for Trustee Fees (Other Firm)> | | | | | | | | | |
| **Claim Memo:** | 9/26/25 Order Approving Interim Compensation and Reimbursement of Expenses (Doc 589)<br>8/14/25 Application for Compensation 4/23-7/25 (Doc 566) | | | | | | | | | |
| ATTYEXP | The Meiburger Law Firm P.C. | 200 | Admin Ch. 7 | 0.00 % | $8,279.12 | $8,279.12 | $8,279.12 | $0.00 | $0.00 | $602,304.64 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | | | |
| **Claim Memo:** | $2474.71 ALLOWED AND PAID (DOCKET NO. 655).<br>$5804.41 ALLOWED AND PAID (DOCKET NO. 529). | | | | | | | | | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| ATTYFEE | The Meiburger Law Firm P.C. | 200 | Admin Ch. 7 | 0.00 % | $57,767.50 | $57,767.50 | $57,767.50 | $0.00 | $0.00 | $602,304.64 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | | | |
| **Claim Memo:** | $20,692.50 ALLOWED AND PAID (DOCKET NO. 655).<br>$37,075.00 ALLOWED AND PAID (DOCKET NO. 529). | | | | | | | | | |
| COURT | U.S. Bankruptcy Court | 200 | Admin Ch. 7 | 100.00 % | $350.00 | $350.00 | $0.00 | $350.00 | $350.00 | $601,954.64 |
| | <2700-00 Clerk of the Court Costs> | | | | | | | | | |
| **Claim Memo:** | DEFERRED FILING FEE FOR ADV. CASE 24-01020 Doc 524. | | | | | | | | | |
| FEE | Janet M. Meiburger | 200 | Admin Ch. 7 | 100.00 % | $40,507.51 | $40,507.51 | $0.00 | $40,507.51 | $40,507.51 | $561,447.13 |
| | <2100-00 Trustee Compensation> | | | | | | | | | |
| **Claim Memo:** | Amount Requested in First Interim Application for Compensation to the Trustee filed 1/13/26 Doc 637 | | | | | | | | | |
| SCEXP | Matthew A. Clary, III | 200 | Admin Ch. 7 | 0.00 % | $1,657.63 | $1,657.63 | $1,657.63 | $0.00 | $0.00 | $561,447.13 |
| | <3220-00 Attorney for Trustee Expenses (Other Firm) > | | | | | | | | | |
| **Claim Memo:** | ALLOWED AND PAID (DOCKET NO. 530). | | | | | | | | | |
| SCFEE | Matthew A. Clary, III | 200 | Admin Ch. 7 | 0.00 % | $111,792.50 | $111,792.50 | $111,792.50 | $0.00 | $0.00 | $561,447.13 |
| | <3210-00 Attorney for Trustee Fees (Other Firm)> | | | | | | | | | |
| **Claim Memo:** | ALLOWED AND PAID (DOCKET NO. 530). | | | | | | | | | |
| Total for Priority 200: | | | 100.00% Paid | | $ 230,047.41 | $ 230,047.41 | $ 189,189.90 | $ 40,857.51 | $ 40,857.51 | |
| Total for Admin Ch. 7 Claims: | | | 100.00% Paid | | $ 230,047.41 | $ 230,047.41 | $ 189,189.90 | $ 40,857.51 | $ 40,857.51 | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| DA-Exp. | John P. Forest, II | 300 | Admin Ch. 11 | 0.00 % | $4,358.91 | $549.39 | $549.39 | $0.00 | $0.00 | $561,447.13 |

<6220-17 Attorney for D-I-P Expenses (Chapter 11)>

**Claim Memo:** ALLOWED AND PAID. Order Approving Second/Final Application for Compensation 8/1/22-9/6/22 = Fees $8,085.00 + Expenses $549.39 (Docket No. 652). Order Approving First Application for Compensation 4/20/22-7/31/22 = Fees $22,820.00 + Expenses $3,809.52 (Docket No. 174).
Amount received per initial Second Fee Application (Docket No. 397) -- $17,000.00, consisting of $15,000 retainer (Docket No. 29) plus $2,000 Debtor payment. Of this amount, $3,809.52 was applied to approved expenses and $13,190.48 was applied to approved attorney fees, leaving balance due on the First Application of $9,089.52.

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| DA-Fee | John P. Forest, II | 300 | Admin Ch. 11 | 0.00 % | $30,905.00 | $17,174.52 | $17,174.52 | $0.00 | $0.00 | $561,447.13 |

<6210-16 Attorney for D-I-P Fees (Chapter 11)>

**Claim Memo:** ALLOWED AND PAID. Order Approving Second/Final Application for Compensation 8/1/22-9/6/22 = Fees $8,085.00 + Expenses $549.39 (Docket No. 652). Order Approving First Application for Compensation 4/20/22-7/31/22 = Fees $22,820.00 + Expenses $3,809.52 (Docket No. 174).
Amount received per initial Second Fee Application (Docket No. 397) -- $17,000.00, consisting of $15,000 retainer (Docket No. 29) plus $2,000 Debtor payment. Of this amount, $3,809.52 was applied to approved expenses and $13,190.48 was applied to approved attorney fees, leaving balance due on the First Application of $9,089.52.

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| SUBVTEEEXP | Angela L. Shortall | 300 | Admin Ch. 11 | 0.00 % | $361.09 | $361.09 | $361.09 | $0.00 | $0.00 | $561,447.13 |

<6102-00 Prior Chapter Trustee Expenses>

**Claim Memo:** ALLOWED AND PAID (DOCKET NO. 432).

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| SUBVTEEFEE | Angela L. Shortall | 300 | Admin Ch. 11 | 0.00 % | $17,900.00 | $17,900.00 | $17,900.00 | $0.00 | $0.00 | $561,447.13 |

<6101-00 Prior Chapter Trustee Compensation >

**Claim Memo:** ALLOWED AND PAID (DOCKET NO. 432).

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| Total for Priority 300: | | 100.00% Paid | | | $ 53,525.00 | $ 35,985.00 | $ 35,985.00 | $ 0.00 | $ 0.00 | |
| Total for Admin Ch. 11 Claims: | | 100.00% Paid | | | $ 53,525.00 | $ 35,985.00 | $ 35,985.00 | $ 0.00 | $ 0.00 | |
| 64 | Ashley Yuan | 500 | Priority | 0.00 % | $78,166.67 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| 70 | Ashley Yuan | 500 | Priority | 0.00 % | $78,166.67 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| Total for Priority 500: | | 0% Paid | | | $ 156,333.34 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| 56 | Beverly Li Yue | 520 | Priority | 0.00 % | $50,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | AMENDED BY CLAIM 75-4. | | | | | | | | | |
| 57 | Beverly Li Yue | 520 | Priority | 0.00 % | $215,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $561,447.13 |
| **Claim Memo:** | AMENDED BY CLAIM 75-4. | | | | | | | | | |
| Total for Priority 520: | | 0% Paid | | | $ 265,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | |
| 3-3 | Internal Revenue Service | 570 | Priority | 100.00 % | $55,099.00 | $55,099.00 | $0.00 | $55,099.00 | $55,099.00 | $506,348.13 |
| 69 | Ashley Yuan | 570 | Priority | 0.00 % | $78,166.67 | $0.00 | $0.00 | $0.00 | $0.00 | $506,348.13 |
| **Claim Memo:** | WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| Total for Priority 570: | | 100.00% Paid | | | $ 133,265.67 | $ 55,099.00 | $ 0.00 | $ 55,099.00 | $ 55,099.00 | |
| Total for Priority Unsecured | | 100.00% Paid | | | $ 554,599.01 | $ 55,099.00 | $ 0.00 | $ 55,099.00 | $ 55,099.00 | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Discover Bank | 610 | Unsecured | 3.56 % | $7,899.10 | $7,899.10 | $0.00 | $7,899.10 | $281.26 | $506,066.87 |
| 2-3 | BMW Financial Services NA, LLC c/o AIS Portfolio S | 610 | Unsecured | 3.56 % | $14,547.45 | $14,547.45 | $0.00 | $14,547.45 | $517.98 | $505,548.89 |
| 4 | Wells Fargo Bank, N.A. | 610 | Unsecured | 3.56 % | $551.41 | $551.41 | $0.00 | $551.41 | $19.63 | $505,529.26 |
| 5-2 | American Express National Bank | 610 | Unsecured | 3.56 % | $12,454.91 | $12,454.91 | $0.00 | $12,454.91 | $443.47 | $505,085.79 |
| 6 | American Express National Bank | 610 | Unsecured | 3.56 % | $700.84 | $700.84 | $0.00 | $700.84 | $24.95 | $505,060.84 |
| 7 | American Express National Bank | 610 | Unsecured | 3.56 % | $6,272.34 | $6,272.34 | $0.00 | $6,272.34 | $223.33 | $504,837.51 |
| 8 | Wei Song | 610 | Unsecured | 3.56 % | $608,426.49 | $608,426.49 | $0.00 | $608,426.49 | $21,663.81 | $483,173.70 |
| 9U | Liewei Sha | 610 | Unsecured | 3.56 % | $200,000.00 | $200,000.00 | $0.00 | $200,000.00 | $7,121.26 | $476,052.44 |
| **Claim Memo:** | DISALLOWED AS PRIORITY BUT ALLOWED AS UNSECURED (DOCKET NO. 596). | | | | | | | | | |
| 10 | Jiazhen Guo | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $472,491.81 |
| 11 | Constance Properties LLC | 610 | Unsecured | 0.00 % | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $472,491.81 |
| **Claim Memo:** | AMENDED BY CLAIM 55-3. | | | | | | | | | |
| 12 | Bank of America, N.A. | 610 | Unsecured | 3.56 % | $7,462.63 | $7,462.63 | $0.00 | $7,462.63 | $265.72 | $472,226.09 |
| 13-5 | Ding Wang | 610 | Unsecured | 3.56 % | $60,000.00 | $60,000.00 | $0.00 | $60,000.00 | $2,136.38 | $470,089.71 |

# Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | DISALLOWED AS PRIORITY BUT ALLOWED AS UNSECURED (DOCKET NO. 594). | | | | | | | | | |
| 14-2 | Hui Du | 610 | Unsecured | 3.56 % | $435,146.99 | $435,146.99 | $0.00 | $435,146.99 | $15,493.97 | $454,595.74 |
| 15-2 | Wenyong Du | 610 | Unsecured | 3.56 % | $253,950.00 | $253,950.00 | $0.00 | $253,950.00 | $9,042.22 | $445,553.52 |
| 16-2 | Bing Li | 610 | Unsecured | 3.56 % | $600,000.00 | $600,000.00 | $0.00 | $600,000.00 | $21,363.77 | $424,189.75 |
| 17 | Jian Chen | 610 | Unsecured | 3.56 % | $57,000.00 | $57,000.00 | $0.00 | $57,000.00 | $2,029.56 | $422,160.19 |
| **Claim Memo:** | ALLOWED AS PART OF SETTLEMENT OF ADVERSARY PROCEEDING (DOCKET NO. 559). | | | | | | | | | |
| 18 | Nan Yu | 610 | Unsecured | 3.56 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $5,340.94 | $416,819.25 |
| 19 | Qiufeng Cai | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $413,258.62 |
| 20-3 | Wei Yang | 610 | Unsecured | 3.56 % | $200,000.00 | $200,000.00 | $0.00 | $200,000.00 | $7,121.26 | $406,137.36 |
| **Claim Memo:** | DISALLOWED AS SECURED BUT ALLOWED AS UNSECURED (DOCKET NO. 629). | | | | | | | | | |
| 21-3 | Youngyi Liu | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $402,576.73 |
| **Claim Memo:** | DISALLOWED AS SECURED BUT ALLOWED AS UNSECURED (DOCKET NO. 630). | | | | | | | | | |
| 22 | Yanran Shi | 610 | Unsecured | 3.56 % | $214,601.00 | $214,601.00 | $0.00 | $214,601.00 | $7,641.14 | $394,935.59 |
| 23 | Capital One, N.A. | 610 | Unsecured | 3.56 % | $42,268.32 | $42,268.32 | $0.00 | $42,268.32 | $1,505.02 | $393,430.57 |
| 24 | Yulin Zhong | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $391,650.26 |
| 25 | Changhao Yang | 610 | Unsecured | 0.00 % | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $391,650.26 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | FILED WITH NO AMOUNT; SUPERSEDED BY CLAIM 79. | | | | | | | | | |
| 26 | Wei Xiong | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $389,869.95 |
| 27 | Yangyang Zhang | 610 | Unsecured | 3.56 % | $917,077.35 | $917,077.35 | $0.00 | $917,077.35 | $32,653.72 | $357,216.23 |
| 28 | Minghui Xu | 610 | Unsecured | 3.56 % | $1,134,884.83 | $1,134,884.83 | $0.00 | $1,134,884.83 | $40,409.03 | $316,807.20 |
| 29 | Xiaoying Li | 610 | Unsecured | 3.56 % | $152,394.18 | $152,394.18 | $0.00 | $152,394.18 | $5,426.19 | $311,381.01 |
| 30 | HSBC Bank USA,N.A. | 610 | Unsecured | 3.56 % | $21,622.46 | $21,622.46 | $0.00 | $21,622.46 | $769.90 | $310,611.11 |
| 31 | Pillar Investment, LLC | 610 | Unsecured | 3.56 % | $312,186.32 | $312,186.32 | $0.00 | $312,186.32 | $11,115.79 | $299,495.32 |
| 32-3 | Bo Yuan | 610 | Unsecured | 0.00 % | $155,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $299,495.32 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 598). | | | | | | | | | |
| 33 | Jupiter Holdings, LLC | 610 | Unsecured | 3.56 % | $227,045.67 | $227,045.67 | $0.00 | $227,045.67 | $8,084.25 | $291,411.07 |
| 34 | Beverly Li | 610 | Unsecured | 0.00 % | $113,666.66 | $0.00 | $0.00 | $0.00 | $0.00 | $291,411.07 |
| **Claim Memo:** | AMENDED BY CLAIM 75-4. | | | | | | | | | |
| 35 | James Chien Hu | 610 | Unsecured | 3.56 % | $200,000.00 | $200,000.00 | $0.00 | $200,000.00 | $7,121.26 | $284,289.81 |
| 36 | Lijun Xiong | 610 | Unsecured | 3.56 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $5,340.94 | $278,948.87 |
| 37-1 | Dian Zhou | 610 | Unsecured | 3.56 % | $108,000.00 | $108,000.00 | $0.00 | $108,000.00 | $3,845.48 | $275,103.39 |
| 38-4 | Memei Ko c/o Youping Liu | 610 | Unsecured | 0.00 % | $500,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,103.39 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim Memo:** | DISALLOWED (DOCKET NO. 600). | | | | | | | | | |
| 39-4 | Memei Ko c/o Youping Liu | 610 | Unsecured | 0.00 % | $30,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $275,103.39 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 600). | | | | | | | | | |
| 40 | Synchrony Bank | 610 | Unsecured | 3.56 % | $4,608.90 | $4,608.90 | $0.00 | $4,608.90 | $164.11 | $274,939.28 |
| 41-4 | Fanyu Guo | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $271,378.65 |
| **Claim Memo:** | DISALLOWED AS PRIORITY BUT ALLOWED AS UNSECURED (DOCKET NO. 595). | | | | | | | | | |
| 42 | Sunflower Investment and Consulting Corp. | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $269,598.34 |
| 43 | Lucas Han | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $267,818.03 |
| 44 | Zhibin He | 610 | Unsecured | 3.56 % | $99,802.74 | $99,802.74 | $0.00 | $99,802.74 | $3,553.60 | $264,264.43 |
| 45-2 | Bo Yuan | 610 | Unsecured | 3.56 % | $159,139.26 | $159,139.26 | $0.00 | $159,139.26 | $5,666.36 | $258,598.07 |
| 46 | Jie Du | 610 | Unsecured | 3.56 % | $940,583.33 | $940,583.33 | $0.00 | $940,583.33 | $33,490.68 | $225,107.39 |
| 47 | J&H Investments LLC | 610 | Unsecured | 3.56 % | $575,000.00 | $575,000.00 | $0.00 | $575,000.00 | $20,473.61 | $204,633.78 |
| 48-5 | Yawei Wang | 610 | Unsecured | 0.00 % | $100,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $204,633.78 |
| **Claim Memo:** | DISALLOWED (DOCKET NO. 599). | | | | | | | | | |
| 49-3 | Zhiheng Li | 610 | Unsecured | 3.56 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $5,340.94 | $199,292.84 |
| 50-3 | Haotian Wu | 610 | Unsecured | 3.56 % | $125,000.00 | $125,000.00 | $0.00 | $125,000.00 | $4,450.79 | $194,842.05 |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 51 | Yuru Zhong | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $193,061.74 |
| 54 | Yun Ma | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $191,281.43 |
| 55-3 | Constance Properties LLC | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $187,720.80 |
| **Claim Memo:** AMENDS CLAIM 11. | | | | | | | | | | |
| 58 | LMS Associates LLC | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $184,160.17 |
| 59 | Jing He | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $182,379.86 |
| 60 | Shunzhe Xie | 610 | Unsecured | 3.56 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $1,780.31 | $180,599.55 |
| 61-3 | Bo Yuan | 610 | Unsecured | 0.00 % | $158,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180,599.55 |
| **Claim Memo:** DISALLOWED (DOCKET NO. 598). | | | | | | | | | | |
| 62 | Citibank, N.A. | 610 | Unsecured | 3.56 % | $649.77 | $649.77 | $0.00 | $649.77 | $23.14 | $180,576.41 |
| 63 | Citibank, N.A. | 610 | Unsecured | 3.56 % | $15,219.12 | $15,219.12 | $0.00 | $15,219.12 | $541.90 | $180,034.51 |
| 65 | Jeff J Gu | 610 | Unsecured | 3.56 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $3,560.63 | $176,473.88 |
| 66 | Bank of America, N.A. | 610 | Unsecured | 3.56 % | $9,845.16 | $9,845.16 | $0.00 | $9,845.16 | $350.55 | $176,123.33 |
| 67 | Memei Ko c/o Youping Liu | 610 | Unsecured | 3.56 % | $530,000.00 | $530,000.00 | $0.00 | $530,000.00 | $18,871.33 | $157,252.00 |
| 68 | Yu Gu | 610 | Unsecured | 3.56 % | $252,500.00 | $252,500.00 | $0.00 | $252,500.00 | $8,990.59 | $148,261.41 |

## Claims Proposed Distribution

### Case: 22-10478 BIN HAO

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 71 | Huijuan Wang | 610 | Unsecured | 3.56 % | $319,499.00 | $319,499.00 | $0.00 | $319,499.00 | $11,376.17 | $136,885.24 |
| 72-3 | Shuxian An | 610 | Unsecured | 3.56 % | $110,000.00 | $110,000.00 | $0.00 | $110,000.00 | $3,916.69 | $132,968.55 |
| 73 | Wei Mao, Trustee & Qingpeng Yuen Trustee | 610 | Unsecured | 0.00 % | $23,400.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132,968.55 |
| | **Claim Memo:** WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| 74 | Wei Mao, Trustee & Qingpeng Yuen Trustee | 610 | Unsecured | 0.00 % | $15,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $132,968.55 |
| | **Claim Memo:** WITHDRAWN PER SETTLEMENT APPROVED BY COURT (DOCKET NO. 512). | | | | | | | | | |
| 75-4 | Beverly Li Yue | 610 | Unsecured | 3.56 % | $381,789.04 | $381,789.04 | $0.00 | $381,789.04 | $13,594.09 | $119,374.46 |
| | **Claim Memo:** AMENDS CLAIMS 34, 56 AND 57 AS WELL AS CLAIM 75. | | | | | | | | | |
| 76 | Prosper Marketplace Inc. | 610 | Unsecured | 3.56 % | $11,513.00 | $11,513.00 | $0.00 | $11,513.00 | $409.94 | $118,964.52 |
| 77 | Prosper Marketplace Inc. | 610 | Unsecured | 3.56 % | $18,853.26 | $18,853.26 | $0.00 | $18,853.26 | $671.29 | $118,293.23 |
| 78 | Xueqing Xu | 610 | Unsecured | 3.56 % | $115,000.00 | $115,000.00 | $0.00 | $115,000.00 | $4,094.72 | $114,198.51 |
| 79 | Changhao Yang | 610 | Unsecured | 3.56 % | $76,999.50 | $76,999.50 | $0.00 | $76,999.50 | $2,741.66 | $111,456.85 |
| | **Claim Memo:** Supersedes Claim 25 which was filed with no amount. | | | | | | | | | |
| | Total for Priority 610: | | 3.56% Paid | | $ | $ | $ 0.00 | $ 11,090,494.37 | $ 394,891.28 | |
| 80 | Jun Li | 620 | Unsecured | 0.00 % | $250,000.00 | $250,000.00 | $0.00 | $250,000.00 | $0.00 | $111,456.85 |
| | **Claim Memo:** Allowed as tardy (Docket No. 670). | | | | | | | | | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

| Claim # | Claimant Name | Pri | Type | Percent | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | Pengfei Liu | 620 | Unsecured | 0.00 % | $250,000.00 | $250,000.00 | $0.00 | $250,000.00 | $0.00 | $111,456.85 |
| 82 | Rong Yi | 620 | Unsecured | 0.00 % | $150,000.00 | $150,000.00 | $0.00 | $150,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Allowed as tardy (Docket 679). | | | | | | | | | |
| 83-3 | Yi Xu | 620 | Unsecured | 0.00 % | $100,000.00 | $100,000.00 | $0.00 | $100,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Allowed as tardy (Docket No. 679). | | | | | | | | | |
| 84-2 | Sha Jin | 620 | Unsecured | 0.00 % | $50,000.00 | $50,000.00 | $0.00 | $50,000.00 | $0.00 | $111,456.85 |
| **Claim Memo:** | Alowed as tardy (Docket 678). | | | | | | | | | |
| 85 | Yi He Wang | 620 | Unsecured | 0.00 % | $76,999.50 | $76,999.50 | $0.00 | $76,999.50 | $0.00 | $111,456.85 |
| 86 | Shujian Wang | 620 | Unsecured | 0.00 % | $305,000.00 | $305,000.00 | $0.00 | $305,000.00 | $0.00 | $111,456.85 |
| 87 | Hua Gu | 620 | Unsecured | 0.00 % | $978,021.86 | $978,021.86 | $0.00 | $978,021.86 | $0.00 | $111,456.85 |
| 88 | Tongxiao Zhang | 620 | Unsecured | 0.00 % | $682,875.30 | $682,875.30 | $0.00 | $682,875.30 | $0.00 | $111,456.85 |
| 89-2 | Ling Lu | 620 | Unsecured | 0.00 % | $300,000.00 | $300,000.00 | $0.00 | $300,000.00 | $0.00 | $111,456.85 |
| Total for Priority 620: | | 0% Paid | | | $ 3,142,896.66 | $ 3,142,896.66 | $ 0.00 | $ 3,142,896.66 | $ 0.00 | |
| Total for Unsecured Claims: | | 2.77% Paid | | | $ | $ | $ 0.00 | $ 14,233,391.03 | $ 394,891.28 | |
| **Total for Case:** | | **22-10478** | | | $16,367,129.11 | $14,554,522.44 | $225,174.90 | $14,329,347.54 | $490,847.79 | |

## Claims Proposed Distribution

**Case: 22-10478 BIN HAO**

**Case Balance:** $602,304.64 **Total Proposed Payment:** $490,847.79 **Remaining Balance:** $111,456.85

**CASE SUMMARY**

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $283,572.41 | $266,032.41 | $225,174.90 | $40,857.51 | 100.00% |
| **Total Secured Claims:** | $100,000.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $554,599.01 | $55,099.00 | $0.00 | $55,099.00 | 100.00% |
| **Total Unsecured Claims:** | $15,428,957.69 | $14,233,391.03 | $0.00 | $394,891.28 | 2.77% |