**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>BIN HAO,<br><br>Debtor. | Case No. 22-10478-BFK<br>Chapter 7 |

**ORDER GRANTING LEAVE TO WITHDRAW**

The Court has before it, John P. Forest's Motion for Leave to Withdraw. Docket No. 694. The basis for the motion is the Movant's interim suspension of his license to practice law, thus requiring him to withdraw as counsel. Having reviewed the motion, the Court finds cause to grant leave for counsel to withdraw. Accordingly, it is

**ORDERED**:

1. Mr. John P. Forest's Motion for Leave to Withdraw (Docket No. 694) is **GRANTED.** Mr. Forest is permitted to withdraw as counsel.

2. The Clerk shall deliver copies of this Order, or give EM-ECF notice of its entry, to the parties listed below.

Date: Jun 11 2026

Alexandria, Virginia

/s/ Brian F Kenney
HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Jun 11 2026

Copies to:

Bin Hao
13008 Cabin Creek Rd.
Herndon, VA 20171
*Chapter*

John P. Forest, II
11350 Random Hill Rd.
Suite 700
Fairfax, VA 22030
*Movant/Former Counsel for Debtor*

Janet M. Meiburger
The Meiburger Law Firm, P.C.
P. O. Box 7264
Arlington, VA 22207
*Chapter 7 Trustee*

Michael T. Freeman
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*